AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

Charles Mauti

V.

Lauren Matarese; Frank Brancato; Edward Mello, in his capacity as Chief of Police for the Town of Westerly; Etsuko Motoki Zuczek, in her capacity as Finance Director for the Town of Westerly; John Doe 1 through John Doe 5; Jane Doe 1 through Jane Doe 5

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: [redacted] 06 61 T

TO: (Name and address of Defendant)

Etsuko Motoki Zuczek
45 Braod Street
Westerly RI 02891

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John P. Gyorgy
Noel & Gyorgy LLP
50 South Main Street
Providence RI 02903

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

February 6, 2006

DATE

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 2-13-06 9AM |
|---|---|
| NAME OF SERVER *(PRINT)* STEPHEN DEPERRY JR. | TITLE RI DISTRICT COURT CONSTABLE 6094 |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: ____________

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ____________

☐ Returned unexecuted: ____________

☑ Other (specify): STEVEN T. HARTFORD, ESQ
LEGAL COUNSEL FOR THE TOWN OF WESTERLY
AUTHORIZED TO RECEIVE SERVICE
WESTERLY OFFICE

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES $45.00 | TOTAL $45.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 2-13-06 (Date) — Stephen DePerry Jr (Signature of Server)

5 HIGH MEADOW DRIVE WESTERLY, RI 02891
Address of Server

STEPHEN DEPERRY JR.
5 HIGH MEADOW DRIVE
WESTERLY, R.I. 02891
STATE OF RHODE ISLAND
COURT CONSTABLE #6094

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.