MJC:mes 6615/8

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CHARLES MAUTI | ) | |
| | ) | |
| VS. | ) | C.A. NO. 06-61T |
| | ) | |
| LAUREN MATARESE, ET AL | ) | |

**ENTRY OF APPEARANCE**

I, Michael J. Colucci, hereby enter my appearance on behalf of the defendants, Lauren Matarese, Frank Brancato, Edward Mello, in his capacity as Chief of Police for the Town of Westerly and Etsuko Motoki Zuczek, in her capacity as Finance Director for the Town of Westerly, in the above matter.

Michael J. Colucci, Esq. #3302
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

**CERTIFICATION**

I certify that I sent a true copy of the within on 2/28/06 to:

John P. Gyorgy, Esq.
Noel & Gyorgy LLP
50 South Main Street
Providence, RI 02903

Maureen E. Sunder