MJC:mes 6615/8 \pleading\66158answer.wpd

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

CHARLES MAUTI )
)
VS. ) C.A. NO. 06-61T
)
LAUREN MATARESE, ET AL )

## ANSWER OF DEFENDANTS

1. Neither admitted nor denied.

2. Unknown and denied.

3. Unknown and denied.

4. Admitted.

5. Admitted.

6. No answer required by these defendants.

7. Admitted.

8. Admitted.

9-44. Unknown and denied.

45. Admit acting under color of law.

## COUNT I

46. Denied.

47. Unknown and denied.

WHEREFORE, defendants demand judgment against the plaintiff.

## COUNT II

48. Denied.

49. Unknown and denied.

WHEREFORE, defendants demand judgment against the plaintiff.

**COUNT III**

50. Denied.

51. Denied.

52. Unknown and denied.

53. Unknown and denied.

WHEREFORE, defendants demand judgment against the plaintiff.

**COUNT IV**

(Plaintiff's complaint does not contain a count labeled as Count IV.)

**COUNT V**

54. Denied.

55. Denied.

56. Denied.

57. Unknown and denied.

58. Unknown and denied.

WHEREFORE, defendants demand judgment against the plaintiff.

**COUNT VI**

59. Denied.

60. Denied.

61. Denied.

62. Unknown and denied.

WHEREFORE, defendants demand judgment against the plaintiff.

## AFFIRMATIVE AND/OR OTHER DEFENSES

1. Defendants plead qualified immunity.

Defendants claim a trial by jury.

DEFENDANTS,
By their Attorney,

Michael J. Colucci, Esq. #3302
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

## CERTIFICATION

I certify that I sent a true copy of the within on 2/28/06 to:

John P. Gyorgy, Esq.
50 South Main Street
Providence, RI 02903

Maureen E. Sundin