# UNITED STATES DISTRICT COURT
# DISTRICT OF RHODE ISLAND

**CHARLES MAUTI,**

**Plaintiff**

**v.** **CA No. 06-61T**

**LAUREN MATARESE, ET AL.,**

**Defendants**

## STIPULATION EXTENDING TIME FOR PLAINTIFF TO RESPOND TO DEFENDANTS' REQUEST FOR PRODUCTION OF DOCUMENTS AND INTERROGATORIES

It is hereby stipulated and agreed between the plaintiff and the defendants that the time for plaintiff to respond to the pending requests for production of documents and interrogatories shall be extended to and include August 18, 2006.

For Plaintiff:

John P. Gyorgy 3560
NOEL & GYORGY LLP
50 South Main Street
Providence RI 02903
(401) 272-7400
(401) 621-5688 (Fax)
JPGyorgy@LawNoel.com

For Defendants:

Michael Collucci
Olenn & Penza
530 Greenwich Avenue
Warwich RI 02886
(401) 737-3700
(401) 737-5499 (Fax)
MJC@Olenn-Penza.com