STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

# BAIL AND RECOGNIZANCE CONDITIONS

☐Superior Court ☐Family Court ☐District Court

__________________ County/Division

| 1. STATE OF RHODE ISLAND vs. Mauti | 2. CASE NO. 41-05-1832 |
|---|---|

## ORDER

3. PERSONAL RECOGNIZANCE.
It is hereby ordered that the above defendant be released on his/her own recogniznce in the amount of $ 1000-.

4. BAIL
It is hereby ordered that ☐cash bail/ ☐surety bail for the above defendant be set at $__________.
Monetary conditions for bail have been imposed for the reasons that follow:__________

☐The amount of bail does not exceed the guidelines.
☐The amount of cash or surety bail does exceed the guidelines, and the reasons for departing from the guidelines are as follows: __________.

## CONDITIONS OF RELEASE

5. THE FOLLOWING ARE THE CONDITIONS UNDER WHICH YOU, THE UNDERSIGNED, ARE BEING RELEASED TODAY:
1. You must appear in Court as required for all scheduled hearings.
2. You must keep the peace and be of good behavior.
3. You may not leave the state while this matter is pending without permission of the Court.
4. You must notify your attorney, bondsman, and the Clerk of the Court of any change of address.
5. You understand that when recognizance has been set in the District Court on a felony charge, it will remain in effect until arraignment in Superior Court when a new recognizance will be set.
6. The following are special conditions you must abide by:__________
7. ☐ This is a domestic violence offense. You are ordered to have no contact with:__________ Violation of this order is a criminal offense under RIGL 12-29-4 and will subject a violator to arrest.
8. ☐ I have read and understand the Spanish version of this form.

**Note: You understand that if you violate any condition of your release, a warrant for your arrest may be issued immediately. After arrest and hearing, if you are determined to have violated your recognizance, the terms and conditions of any further release will be redetermined. At that time you could be held without bail, have your bail increased, or you could be found in contempt of Court. You also understand that the state may proceed against your sureties for violation of this recognizance.**

I AGREE TO COMPLY FULLY WITH ALL OF THE OBLIGATIONS IMPOSED ABOVE ON MY RELEASE, AND I AGREE THAT MY CASH BAIL MAY BE APPLIED TO COURT COSTS. ORDER SIGNED BY:

X [signature] [signature]
Defendant ~~Judge~~/Clerk

[handwritten address] 5-20-05
Address Date

I/We agree to all of the conditions set out above.

__________ __________
Surety Surety

This document is subject to an Order of the Rhode Island District Court, Fourth Division, sealing the Court file and requiring the destruction of records of the arrest and prosecution of Charles Mauti by the Town of Westerly. It is not a public document and should not be copied or distributed other than as necessary in connection with Mauti v. Matarese, et al., CA 06-61T, pending in the United States District Court for the District of Rhode Island.

DISTRIBUTION
WHITE-COURT, YELLOW-DEFENDANT

J-4 (Rev. 1/03)