# CERTIFICATE OF ACHIEVEMENT

*This certifies that*

SERGEANT LAUREN MATARESE

*of the*

*Westerly Police Department*

*has successfully completed re-certification of the NCIC Policies,Procedures and Guidelines as set forth by the Federal Bureau of Investigation and theRhode Island State Police*

*Lt. Stephen N. Baker*

Director Of Training - Westerly Police Department

*John R. Moretta*

Terminal Agency Coordinator - Westerly Police Department

*July 14, 1999*

# CERTIFICATE OF ACHIEVEMENT

*certify to all that*

Sgt. Lauren Matarese

*has successfully completed instruction of the NCIC Policies, Procedures and Guidleines as set forth by the Federal Bureau of Investigation and the Rhode Island State Police.*

Westerly

*Department*

September 1996

*Date*

*Rhode Island State Police*
*Control Terminal Officer*

NCIC

© GOES 671

LITHO.IN U.S.A.

# State of Rhode Island

## Rhode Island State Police

This is to certify that

LAUREN MATARESE

*has successfully completed a course of instruction in*

INTRODUCTION TO RILETS / NCIC POLICY & PROCEDURES

Witness my hand and seal this 23RD day of MAY, 1989 A. D.,

Walter E. Stone

Colonel

Superintendent

Rhode Island State Police

1995

# CERTIFICATE OF TRAINING AND EDUCATION
## STATEMENT OF COMPLETION

LETN
TRAINING ASSISTANCE PROGRAM

**viewer information**

Name: FRANK BRANCATO
Soc. Sec. #: 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

**agency**

Name: Westerly Police Department
Address: 5 Union ST.
City State, Zip: Westerly, R.I. 02891
Phone: (401) 596-2022

| | TAP No. | Test Y/N | Program Title/Subject | Credit Hours |
|---|---|---|---|---|
| 1. | 5320182 (3/12) | N | VEHICLE STOPS – SEARCH & SEIZURE | ½ |
| 2. | 1840007 | Y | SEARCH & SEIZURE 1 | 1 |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |
| 15. | | | | |
| 16. | | | | |
| 17. | | | | |
| 18. | | | | |
| 19. | | | | |
| 20. | | | | |
| 21. | | | | |
| 22. | | | | |
| 23. | | | | |
| 24. | | | | |
| 25. | | | | |
| 26. | | | | |
| 27. | | | | |
| 28. | | | | |
| 29. | | | | |
| 30. | | | | |
| 31. | | | | |

I confirm this employee has participated in the above training programs and made a passing score of (70%) or more on all required tests.

TOTAL HOURS

Signature (Chief, Supervisor or Director of Training) Title Date

Tape # 56

## L.E.T.N. TRAINING RECORD

OFFICER'S NAME Frank Brancato SS# 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

TITLE OF PROGRAM Vehicle Stops Search & Seizure T.A.P. NUMBER 532 018Z

DATE: 3-12 95 WAS TEST TAKEN YES ____ NO ✓

I CERTIFY THAT ON THE ABOVE DATE I VIEWED THE ABOVE PROGRAM

SIGNATURE OF OFFICER Frank Brancato

SIGNATURE OF TRAINING OFFICER Raymond P. Morrone

DATE RECEIVED 3/15/95

PLACE COMPLETED FORM IN TRAINING OFFICER'S MAIL SLOT IN COMMUNICATIONS RM.

NOTE: T.A.P. NUMBER IS USUALLY DISPLAYED DURING PROGRAM IN LOWER RIGHT CORNER OF SCREEN

SEE TRAINING OFFICER OR SUPERVISOR FOR TESTS

LETN®
Law Enforcement Television Network

FEBRUARY 1995
*SEARCH AND SEIZURE I*
TAP 184-0007

Frank Brancato

## POST TEST

PERFORMANCE OBJECTIVES: Upon completion of this program, the viewer will be able to

1. List the key exceptions to the Fourth Amendment
2. Explain burden of proof in searches.
3. Describe the requirements for a search under the Fourth Amendment.

1. Once a subject gives consent

a. they cannot stop the search
b. they may withdraw that consent at any time
c. they must wait outside
d. none of the above

2. One of the keys to consent is

a. that it is freely given
b. that the person giving the consent has the right to do so
c. that it is documented and witnessed
d. all of the above

3. During an arrest, officers have the right to search in order to

a. prevent destruction of evidence
b. find monetary evidence
c. protect the officer
d. both a and c

4. Without a warrant, the burden of proof is on the

a. the defense
b. the offense
c. the prosecution
d. the officer

5. With a search warrant, the burden of proof lies with

a. the defense
b. the offense
c. the prosecution
d. the court

6. Warrantless searches are

a. allowed only with supervisors consent
b. unreasonable unless items are seized
c. unreasonable unless they fall under exceptions
d. all of the above

7. Inventory searches

a. are unconstitutional
b. should not be called searches although they are
c. should be done secretly
d. all of the above

8. Key exceptions to the Search Warrant Requirement include all of the following except

a. a search witnessed by a magistrate
b. a search incidental to an arrest
c. a search based on consent
d. a search based on exigency

9. One condition for a warrant is that

a. it shall be supported by oath or affirmation
b. the place to be searched will be described
c. the persons or things to be seized will be described
d. all of the above are conditions for a warrant

10. The Fourth Amendment states a warrant will only be issued

a. upon probable cause
b. by the Crown
c. with consent of the party
d. all of the above