UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

CHARLES MAUTI,
Plaintiff

v. CA NO. 06-61T

**LAUREN MATARESE;
FRANK BRANCATO; EDWARD MELLO, in his capacity as Chief of Police for the Town of Westerly;** ETSUKO MOTOKI ZUCZEK, **in her capacity as Finance Director for the Town of Westerly; JOHN DOE 1 THROUGH JOHN DOE 5; JANE DOE 1 THROUGH JANE DOE 5**
Defendants

## ENTRY OF APPEARANCE

The undersigned, John R. Harrington, Esq. (#7173) hereby enters his appearance for plaintiff Charles Mauti.

Charles Mauti
By his Attorneys,

/s/ John R. Harrington

John R. Harrington 7173
NOEL & GYORGY LLP
50 South Main Street
Providence RI 02903
(401) 272-7400
(401) 621-5688 (Fax)
JRHarrington@LawNoel.com

## CERTIFICATE OF SERVICE

I do hereby certify that on the 7th of September, 2006, I served a true copy of this document to Michael Collucci, Esq., 530 Greenwich Avenue, Warwick, RI 02886 by electronic means:

/s/ John R. Harrington