# UNITED STATES DISTRICT COURT
# DISTRICT OF RHODE ISLAND

CHARLES MAUTI,

v. CA NO. 06-61T

LAUREN MATARESE, ET AL.

## AMENDED NOTICE OF DEPOSITION

Deponent: Terminal Agency Coordinator, Westerly Police Department

Date and Time: September 12, 2006 at 1:30 p.m.

| | |
|---|---|
| To: Michael Collucci<br>Olenn & Penza<br>530 Greenwich Avenue<br>Warwick RI 02886 | Allied Court Reporters<br>115 Phenix Avenue<br>Cranston, RI 02920 |

PLEASE TAKE NOTICE that pursuant to the provisions of the Rhode Island Rules of Civil Procedure, the undersigned will take testimony on oral examination of the above-named deponent, at the date and time indicated (and thereafter from day to day as the taking of the deposition may be adjourned), before a Notary Public of the State of Rhode Island or some other duly qualified person. The deposition will be taken at the offices of Noel & Gyorgy LLP, 50 South Main Street, Providence Rhode Island. You are notified to appear and take part in the examination.

**Charles Mauti**
By his Attorneys,

/s/ John R. Harrington
John P. Gyorgy 3560
John R. Harrington 7173
NOEL & GYORGY LLP
50 South Main Street
Providence RI 02903
(401) 272-7400
(401) 621-5688 (Fax)
JPGyorgy@LawNoel.com
JRHarrington@LawNoel.com

**Certification**

I hereby certify that on September 7, 2006, I sent a copy of the foregoing document to the following counsel of record, by electronic mail:

Michael Collucci, Esq.
Olenn & Penza
530 Greenwich Avenue
Warwick RI 02886

/s/ John R. Harrington