September 8, 2006

The Honorable Ernest C. Torres
United States Federal Court
One Exchange Terrace
Providence, RI 02903

Re: Mauti v. Town of Westerly
C.A. No. 06-61T
Our File No. 6615/8

**Request for Conference Re: Summary Judgment**

Dear Judge Torres:

Consistent with your scheduling order, I hereby request a conference, on behalf of defendants, in order to seek permission to file a summary judgment motion. The defendants are members of the Westerly Police Department. The proposed motion will seek to dismiss the entire complaint and will be primarily based on Qualified Immunity. We are at the early stages of litigation and it is therefore preferable to decide these matters now, by way of summary judgment, as opposed to waiting for trial.

In accordance with your scheduling order, I also certify that I have discussed the proposed motion with opposing counsel as well as the intended statement of undisputed facts. Opposing counsel intends to contest the motion. I expect that there will not be much disagreement as to the undisputed facts.

I look forward to hearing from you with regard to the scheduling of such a conference and/or your permission to proceed with the motion.

Very truly yours,

Michael J. Colucci
*mjc@olenn-penza.com*

MJC:lml \letters\66158Torres
cc: John P. Gyorgy, Esq.