**Checks from WEST01/RI0050401 0700 0900 hours May 10, 2005**

---

DQ.RI0050401.RI,CT.TXT
NAM/MAUTI,CHARLES.DOB/19460531.SEX/M
MRI 807571 IN: WEST01 5 AT 10MAY2005 07:27:54 OUT: SPBG00 20 AT 13APR2006 15:17:19
RETRIEVAL: ORIGINALLY INPUT - WEST01 5 AT 10MAY2005 07:27:54.

---

DQ.RI0050401.RI,CT,AZ.TXT
NAM/MAUTI,CHARLES.DOB/19460531.SEX/M
MRI 807669 IN: WEST01 6 AT 10MAY2005 07:28:38 OUT: SPBG00 21 AT 13APR2006 15:17:19
RETRIEVAL: ORIGINALLY INPUT - WEST01 6 AT 10MAY2005 07:28:38.

---

IQ.RI0050401.RI,CT.TXTPUR/C.ATN/CPL LACHAPELLE.NAM/MAUTI,CHARLES.DOB/19460531.SEX/M.RAC/U
MRI 807922 IN: WEST01 7 AT 10MAY2005 07:32:40 OUT: SPBG00 22 AT 13APR2006 15:17:19
RETRIEVAL: ORIGINALLY INPUT - WEST01 7 AT 10MAY2005 07:32:40.

---

RQ.RI0050401.RI.TXTLIC/P712.LIY/2005.LIT/PC
MRI 808706 IN: WEST01 8 AT 10MAY2005 07:44:52 OUT: SPBG00 23 AT 13APR2006 15:17:19
RETRIEVAL: ORIGINALLY INPUT - WEST01 8 AT 10MAY2005 07:44:52.

---

**Checks from WEST00/RI0050400 1300 1400 hours May 9, 2005**

---

RQ.RI0050400.RI.TXTLIC/106506.LIY/2005.LIT/CO
MRI 716918 IN: WEST00 36 AT 09MAY2005 13:33:54 OUT: SPBG00 24 AT 13APR2006 15:24:30
RETRIEVAL: ORIGINALLY INPUT - WEST00 36 AT 09MAY2005 13:33:54.

---

DQ.RI0050400.RI.TXT
NAM/MAUTI,CHARLES.DOB/19460531.SEX/M
MRI 716970 IN: WEST00 37 AT 09MAY2005 13:35:00 OUT: SPBG00 25 AT 13APR2006 15:24:31
RETRIEVAL: ORIGINALLY INPUT - WEST00 37 AT 09MAY2005 13:35:00.

---

**Checks sent to NLETS (Out of State) May 31, 2005**

---

DQ.RI0050401.RI,CT.*0493807571.
NAM/MAUTI,CHARLES.DOB/19460531.SEX/M

MRI 807571 IN: WEST01 5 AT 10MAY2005 07:27:54 OUT: SPBG00 26 AT 13APR2006 15:37:43
RETRIEVAL: ORIGINALLY OUTPUT - NLET 1176 AT 10MAY2005 07:27:54.

---

DQ.RI0050401.RI,CT,AZ.*0493807669.
NAM/MAUTI,CHARLES.DOB/19460531.SEX/M
MRI 807669 IN: WEST01 6 AT 10MAY2005 07:28:38 OUT: SPBG00 27 AT 13APR2006 15:37:43
RETRIEVAL: ORIGINALLY OUTPUT - NLET 1182 AT 10MAY2005 07:28:39.

---

IQ.RI0050401.RI,CT.*0493807922.
PUR/C.ATN/CPL LACHAPELLE.NAM/MAUTI,CHARLES.DOB/19460531.SEX/M.RAC/U
MRI 807922 IN: WEST01 7 AT 10MAY2005 07:32:40 OUT: SPBG00 28 AT 13APR2006 15:37:43
RETRIEVAL: ORIGINALLY OUTPUT - NLET 1202 AT 10MAY2005 07:32:40.