# RESPONSE TO REQUEST NO. 1

Westerly Police Department
Arrest Report



Arrest #: 05-393-AR
Call #: 05-10766

Date/Time Reported: 05/10/2005 @ 0730
Arrest Date/Time: 05/10/2005 @ 0744
Booking Date/Time: 05/10/2005 @ 0744

Court: 4TH DISTRICT COURT
Court Date: 05/20/2005 @ 0900
Reporting Officer: Captain Lauren Matarese
Assisting Officer: Patrol Frank Brancato
Booking Officer: Patrol Frank Brancato

| # | DEFENDANT(S) | SEX | RACE | AGE | SSN | PHONE |
|---|---|---|---|---|---|---|
| 1 | MAUTI, CHARLES<br>33 ELM ST<br>WESTERLY RI 02891 | M | W | 58 | NOT AVAIL | 501-348-9882 |

HEIGHT: 511 WEIGHT: 180
BODY: NOT AVAIL.
DOB: 05/31/1946
LICENSE NUMBER: NOT AVAIL.

HAIR: BROWN EYES: BROWN
COMPLEXION: NOT AVAIL.
PLACE OF BIRTH: NY
ETHNICITY: NOT HISPANIC

[APPEARANCE]

GLASSES WORN: YES

SCARS: SC BACK(6 INCH)

| ALIAS LAST NAME | FIRST NAME | MIDDLE NAME | SSN | DOB |
|---|---|---|---|---|
| MAUTI | CHARLES | | NOT AVAIL | 05/31/1946 |

[FAMILY/EMPLOYMENT INFORMATION]

MARITAL STATUS: MARRIED
SPOUSE'S NAME: PEZZULLO, PATRICIA
FATHER'S NAME: DECEASED, DECEASED

EMPLOYER/SCHOOL: TOWN OF HOPKINTON
395 WOODVILLE RD
HOPKINTON RI

OCCUPATION: BUILDING OFFIC

[RIGHTS/BOOKING CHECKS]

PHONE USED: N
ARRESTEE SECURED: N

PHONED DATE/TIME: 05/10/2005 & 0745

FINGERPRINTED: Y
PHOTOGRAPHED: Y
SUICIDE CHECK: Not Performed
PERSONS: State&Federal
NCIC VEHICLE CHECK: Not Performed
INJURY OR ILLNESS: N

This document is subject to an Order of the Rhode Island District Court, Fourth Division, sealing the Court file and requiring the destruction of records of the arrest and prosecution of Charles Mauti by the Town of Westerly. It is not a public document and should not be copied or distributed other than as necessary in connection with Mauti v. Matarese, et al., CA 06-61T, pending in the United States District Court for the District of Rhode Island.

DISCOVERY

Arrest #: 05-393-AR
Call #: 05-10766

| # | OFFENSE (S) | A/C | STATE LAW | |
|---|---|---|---|---|
| | LOCATION TYPE: Highway/Road/Alley/Street Zone: North Side<br>1 NARRAGANSETT AVE @ 113 HIGH ST<br>WESTERLY RI 02891 | | | |
| 1 | LICENSE VIOLATIONS - GENERAL<br>OCCURRED: 05/10/2005 0730 | C | 31-10 | 1/4 |

DISCOVERY

This document is subject to an Order of the Rhode Island District Court, Fourth Division, sealing the Court file and requiring the destruction of records of the arrest and prosecution of Charles Mauti by the Town of Westerly. It is not a public document and should not be copied or distributed other than as necessary in connection with Mauti v. Matarese, et al., CA 06-61T, pending in the United States District Court for the District of Rhode Island.

N... ATIVE FOR CAPTAIN LAUREN MATARES

Ref: 05-393-AR

While returning from the gas pump, I was traveling on Grove Ave in the construction zone, when a worker motioned about a vehicle that had just passed him. I turned around and stopped RI Reg. P-712 on High Street. The operator was identified as Mr. Mauti and he presented an Arizona's drivers license. He stated he had been residing in the area for several years and had the RI application at home, but never completed it. He then stated that he was considering returning to Arizona.

He was advised that under the statute 31-10-1 he must obtain a RI license within 30 days of establishing residency. I have personal knowledge that Mr. Mauti has in fact been a local resident for several years. Mr. Mauti was charged with No RI License and released with a court date of 5-20-05. With his permission, his vehicle was removed to the Sorensen and McCuin parking lot so it would not be towed.

Capt L. Matarese #2

DISCOVERY

This document is subject to an Order of the Rhode Island District Court, Fourth Division, sealing the Court file and requiring the destruction of records of the arrest and prosecution of Charles Mauti by the Town of Westerly. It is not a public document and should not be copied or distributed other than as necessary in connection with Mauti v. Matarese, et al., CA 06-61T, pending in the United States District Court for the District of Rhode Island.

Westerly Police Department
Arrest Report



Arrest #: 05-393-AR
Call #: 05-10766

Date/Time Reported: 05/10/2005 @ 0730
Arrest Date/Time: 05/10/2005 @ 0744
Booking Date/Time: 05/10/2005 @ 0744

Court: 4TH DISTRICT COURT
Court Date: 05/20/2005 @ 0900
Reporting Officer: Captain Lauren Matarese
Assisting Officer: Patrol Frank Brancato
Booking Officer: Patrol Frank Brancato

| # | DEFENDANT(S) | SEX | RACE | AGE | SSN | PHONE |
|---|---|---|---|---|---|---|
| 1 | MAUTI, CHARLES<br>33 ELM ST<br>WESTERLY RI 02891 | M | W | 58 | NOT AVAIL | 501-348-9882 |

HEIGHT: 511 WEIGHT: 180
BODY: NOT AVAIL.
DOB: 05/31/1946
LICENSE NUMBER: NOT AVAIL.

HAIR: BROWN EYES: BROWN
COMPLEXION: NOT AVAIL.
PLACE OF BIRTH: NY
ETHNICITY: NOT HISPANIC

[APPEARANCE]

GLASSES WORN: YES

SCARS: SC BACK(6 INCH)

| ALIAS LAST NAME | FIRST NAME | MIDDLE NAME | SSN | DOB |
|---|---|---|---|---|
| MAUTI | CHARLES | | NOT AVAIL | 05/31/1946 |

[FAMILY/EMPLOYMENT INFORMATION]

MARITAL STATUS: MARRIED
SPOUSE'S NAME: PEZZULLO, PATRICIA
FATHER'S NAME: DECEASED, DECEASED

EMPLOYER/SCHOOL: TOWN OF HOPKINTON
395 WOODVILLE RD
HOPKINTON RI

OCCUPATION: BUILDING OFFIC

[RIGHTS/BOOKING CHECKS]

PHONE USED: N
PHONED DATE/TIME: 05/10/2005 & 0745
ARRESTEE SECURED: N

FINGERPRINTED: Y
PHOTOGRAPHED: Y
SUICIDE CHECK: Not Performed
PERSONS: State&Federal
NCIC VEHICLE CHECK: Not Performed
INJURY OR ILLNESS: N

DISCOVERY

This document is subject to an Order of the Rhode Island District Court, Fourth Division, sealing the Court file and requiring the destruction of records of the arrest and prosecution of Charles Mauti by the Town of Westerly. It is not a public document and should not be copied or distributed other than as necessary in connection with Mauti v. Matarese, et al., CA 06-61T, pending in the United States District Court for the District of Rhode Island.

Arrest #: 05-393-AR
Call #: 05-10766

| # | OFFENSE (S) | A/C | STATE LAW | |
|---|---|---|---|---|
| | LOCATION TYPE: Highway/Road/Alley/Street Zone: North Side<br>1 NARRAGANSETT AVE @ 113 HIGH ST<br>WESTERLY RI 02891 | | | |
| 1 | LICENSE VIOLATIONS - GENERAL<br>OCCURRED: 05/10/2005 0730 | C | 31-10 | 1/4 |

DISCOVERY

This document is subject to an Order of the Rhode Island District Court, Fourth Division, sealing the Court file and requiring the destruction of records of the arrest and prosecution of Charles Mauti by the Town of Westerly. It is not a public document and should not be copied or distributed other than as necessary in connection with Mauti v. Matarese, et al., CA 06-61T, pending in the United States District Court for the District of Rhode Island.

NA ATIVE FOR CAPTAIN LAUREN MATARES

Ref: 05-393-AR

While returning from the gas pump, I was traveling on Grove Ave in the construction zone, when a worker motioned about a vehicle that had just passed him. I turned around and stopped RI Reg. P-712 on High Street. The operator was identified as Mr. Mauti and he presented an Arizona's drivers license. He stated he had been residing in the area for several years and had the RI application at home, but never completed it. He then stated that he was considering returning to Arizona.

He was advised that under the statute 31-10-1 he must obtain a RI license within 30 days of establishing residency. I have personal knowledge that Mr. Mauti has in fact been a local resident for several years. Mr. Mauti was charged with No RI License and released with a court date of 5-20-05. With his permission, his vehicle was removed to the Sorensen and McCuin parking lot so it would not be towed.

Capt L. Matarese #2

DISCOVERY

This document is subject to an Order of the Rhode Island District Court, Fourth Division, sealing the Court file and requiring the destruction of records of the arrest and prosecution of Charles Mauti by the Town of Westerly. It is not a public document and should not be copied or distributed other than as necessary in connection with Mauti v. Matarese, et al., CA 06-61T, pending in the United States District Court for the District of Rhode Island.

CR 393 AR 10766

05 **504 000531**
SUMMONS NO.

*0550400 0531*

RITT-05, REV. 7/04

THE UNDERSIGNED OFFICER STATES THAT:

ON MONTH DAY YEAR: 05 11 005 — AT (TIME): 7 25 A.M. — IN (TOWN): WESTERLY — ROAD: Gray AV

DRIVERS LICENSE NO.: 057361730 — CDL ☐ — ARMED FORCES ☐ — STATE: AZ

MOTORIST'S FIRST NAME: CHARLES — MID INI: M — DATE OF BIRTH MONTH DAY YEAR: 03 14 46 — JUV ☐

LAST NAME: MAHTI — SEX M ☑ F ☐

MAILING ADDRESS AS LISTED AT REGISTRY OF MOTOR VEHICLES: 33 ELM ST — MOTORIST'S INITIALS

CITY: WESTERLY — STATE: RI — ZIP CODE: 02891

DID UNLAWFULLY (CAUSE TO BE) OPERATE(D) A MOTOR VEHICLE

VEHICLE REG. NO.: P 712 — STATE: RI — CDL VEHICLE ☐ YES ☐ NO — PLATE TYPE: PASS ☑ SUB ☐ COMM ☐ OTHER

SERIAL NUMBER/VIN: 1FMEU15H3LLB35698 — VEHICLE MAKE: FORD — YEAR: 90

OWNED BY (LAST) (FIRST) (IN.): PEZZULLO PATRICIA A — TYPE: [illegible] — COLOR: [illegible]

ADDRESS (NO.) (STREET) (CITY) (STATE) (ZIP): SAME

| ROAD COND. | TRAFFIC | VISIBILITY: | ZONED SPEED | ACTUAL SPEED | LASER ☐ CLOCKED ☐ RADAR ☐ | ACCIDENT ☐ HAZ. MAT. ☐ |
|---|---|---|---|---|---|---|
| D | L | C | 25 | | | |

| VIOLATION CODE | CDL | VIOLATION(S) | STATUTE | FINE |
|---|---|---|---|---|
| 029 | | 1 No License (RI) | 31-10-1 | # |
| | | 2. | | |
| | | 3. | | |

☐ You may pay the total amount due by mail and not appear in court subject to the conditions on the back of this summons.
☐ You may not pay by mail and MUST appear in court.
☐ Persons under 18 years of age may not pay by mail and MUST appear at RITT with a parent or guardian.

TOTAL AMOUNT DUE $ Hearing

COURT LOCATION: (401) 222-8000
☐ Rhode Island Traffic Tribunal, Oliver Steadman Government Center, Tower Hill Road, Wakefield, RI 02879 — Your court date is: — Time: 8:30 a.m.

District Court (401) 782-4131
☑ Fourth Division District Court, McGrath Judicial Complex, 4800 Tower Hill Road, Wakefield, RI 02879 — Your court date is: 5 20 05 — Time: 9:00 a.m.

Municipal Court (401) 596-7374
☐ 45 Broad Street, Westerly, RI 02891-1890 — Your court date is: — Time: 10:00 a.m.

I certify that a copy of this complaint and summons was served on the person named above as required by law.

OFFICER SIGNATURE: [signature] — DEPT. NO.: 504 — OFFICER ID NO.: 102

By signing below I acknowledge that I have received and read this summons and that the information I have provided is true. I understand that if I am required to appear in court on the date and time given, my failure to do so will be admission of the violation(s) above and penalties will be imposed as provided by law.

MOTORIST'S SIGNATURE X — DATE — OFFICER'S INITIALS

DEPARTMENT COPY

STATE OF
RHODE ISLAND
AND
PROVIDENCE
PLANTATIONS

**DISTRICT COURT SUMMONS**

S-135C(8-74)

| COMPLAINT NO. | | 4th DIVISION OF THE DISTRICT COURT |
|---|---|---|
| STATE EX REL | CITY/TOWN: Westerly | VS DEFENDANT: Charles Mauti |

**YOU ARE HEREBY SUMMONED TO APPEAR BEFORE A JUDGE OF THE DISTRICT COURT FOR THIS DIVISION ON THE DATE AND AT THE TIME AND PLACE SHOWN BELOW TO ANSWER A COMPLAINT CHARGING YOU WITH THE CRIME DESCRIBED HEREIN.**

CRIME
No License

This document is subject to an Order of the Rhode Island District Court, Fourth Division, sealing the Court file and requiring the destruction of records of the arrest and prosecution of Charles Mauti by the Town of Westerly. It is not a public document and should not be copied or distributed other than as necessary in connection with Mauti v. Matarese, et al., CA 06-61T, pending in the United States District Court for the District of Rhode Island.

STATUTE(S) VIOLATED
31-10-2

**THE TIME, DATE AND PLACE OF HEARING**

| TIME | DATE | LOCATION |
|---|---|---|
| 9:00 AM M | 5-20-05 | 4800 Tower Hill Road, South Kingston, RI |

**IF YOU FAIL TO APPEAR AND ANSWER, A WARRANT WILL BE ISSUED FOR YOUR ARREST.**

| DATE | JUDGE, JUSTICE OF THE PEACE |
|---|---|
| | x |
| DATE: May 10, 2005 | POLICE OFFICER (MISDEMEANOR) |

**WILLFUL FAILURE TO APPEAR IN ANSWER TO THIS SUMMONS MAY BE PUNISHED BY A FINE OF NOT OVER FIFTY DOLLARS (50.00) OR IMPRISONMENT FOR NOT OVER FIFTEEN (15) DAYS.**

May 12 05 07:28a mauti-pezzullo 401-596-6102 p.1

# STATE OF RHODE ISLAND DISTRICT COURT CRIMINAL COMPLAINT

DISTRICT COURT NO. 2005 01882 | COURT DIV. FOURTH | POLICE NO. 504

STATE EX REL | VS. DEFENDANT (NAME AND ALIAS) CHARLES M. MAUTI

DEFENDANT ADDRESS AND PHONE: 33 Elm Street, Westerly, RI 02891 (STREET / CITY / STATE / PHONE)

| DEF. D.O.B. | DEF. BCI NO. | DEF. SOC. SEC. NO. | DEF. M.V. LIC. NO. | DETERMINE ATTY DATE | PRETRIAL DATE |
|---|---|---|---|---|---|
| 5-31-46 | @1015765 | 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 | | | 5/27/05 |

| OFFENSE DATE | DIVERS DATE | OFFICER/COMPLAINANT | PRE-ARRAIGN CONF DATE | TRIAL DATE |
|---|---|---|---|---|
| 5-10-05 | ☐ | Capt. L. Matarese | | 6/17/05 |

POLICE DEPT./COMPLAINANT ADDRESS: Westerly Police Department 05-504-000531 | SUPERIOR CT ARRAIGN DATE | MISC DATE/BAIL HRG/CONTROL

TO ANY JUDGE OR JUSTICE OF THE PEACE: ON BEHALF OF THE STATE I SWEAR THAT THE ABOVE DEFENDANT DID COMMIT THE FOLLOWING OFFENSES:

OFFICER/COMPLAINANT X [signature] | DATE 5.20.05 | SWORN TO BEFORE JUDGE/JUSTICE OF THE PEACE X [signature] | DATE 5/20/05

## INITIAL APPEARANCE

APPEARANCE DATE | BAIL FOR ALL COUNTS $ | ARRAIGNMENT DATE | JUSTICE OF THE PEACE

## ARRAIGNMENT

| ARRAIGNMENT DATE | ADVISED OF RIGHTS | JURY TRIAL WAIVED | PLEA COUNT 1 | PLEA COUNT 2 | PLEA COUNT 3 |
|---|---|---|---|---|---|
| 5/20/05 | ☒ YES ☐ NO | ☒ YES ☐ NO | NG | | |

BAIL FOR ALL COUNTS $ 1000 PR | ATTORNEY NAME | ☐ PRIVATE ☐ COURT APPT. ☐ P.D. | JUDGE/JUSTICE OF THE PEACE X [signature]

**COUNT 1** | STATUTE(S) VIOLATED 31-10-1 | ☐ FELONY ☒ MISDEMEANOR ☐ VIOLATION ☐ ORDINANCE

DRIVING WITHOUT A LICENSE

"Did operate a motor vehicle on a highway within this State, to wit High Street, so-called, in the Town of Westerly, at a time when he did not have a valid RI license to operate a motor vehicle, in violation of RIGL 31-10-1 as amended."

DISPOSITION: ☐ DISMISSAL ☐ GUILTY PLEA ☐ NOLO PLEA ☐ GUILTY FINDING ☐ NOT GUILTY FINDING ☐ CASE FILED 1 YEAR ☐ INFO/TRUE BILL ☐ NO INFO/NO TRUE BILL ☐ OTHER ____ | SENTENCE IMPOSED

PROCEEDING: ☐ ARRAIGN ☐ PRE TRIAL ☐ TRIAL ☐ OTHER | APPEAL TAKEN ☐ | JUDGE X | DATE

**COUNT 2** | STATUTE(S) VIOLATED | ☐ FELONY ☐ MISDEMEANOR ☐ VIOLATION ☐ ORDINANCE

DISPOSITION: ☐ DISMISSAL ☐ GUILTY PLEA ☐ NOLO PLEA ☐ GUILTY FINDING ☐ NOT GUILTY FINDING ☐ CASE FILED 1 YEAR ☐ INFO/TRUE BILL ☐ NO INFO/NO TRUE BILL ☐ OTHER ____ | SENTENCE IMPOSED

DISCOVERY

PROCEEDING: ☐ ARRAIGN ☐ PRE TRIAL ☐ TRIAL ☐ OTHER | APPEAL TAKEN ☐ | JUDGE X | DATE

**COUNT 3** | STATUTE(S) VIOLATED | ☐ FELONY ☐ MISDEMEANOR ☐ VIOLATION ☐ ORDINANCE

This document is subject to an Order of the Rhode Island District Court, Fourth Division, sealing the Court file and requiring the destruction of records of the arrest and prosecution of Charles Mauti by the Town of Westerly. It is not a public document and should not be copied or distributed other than as necessary in connection with Mauti v. Matarese, et al., CA 06-61T, pending in the United States District Court for the District of Rhode Island.

DISPOSITION: ☐ DISMISSAL ☐ GUILTY PLEA ☐ NOLO PLEA ☐ GUILTY FINDING ☐ NOT GUILTY FINDING ☐ CASE FILED 1 YEAR ☐ INFO/TRUE BILL ☐ NO INFO/NO TRUE BILL ☐ OTHER ____ | SENTENCE IMPOSED

PROCEEDING: ☐ ARRAIGN ☐ PRE TRIAL ☐ TRIAL ☐ OTHER | APPEAL TAKEN ☐ | JUDGE X | DATE

VICTIM(S) NOTIFIED: ☐ ARRAIGNMENT ☐ PRE TRIAL ☐ TRIAL | VICTIM(S) APPEARED: ☐ ARRAIGNMENT ☐ PRE TRIAL ☐ TRIAL | CASE TYPE: ☐ DOMESTIC VIOLENCE | IMMEDIATE APPEAL TAKEN: DATE, JUDGE X | ADDITIONAL COUNTS ATTACHED ☐

PROSECUTION COPY

D001 3/99

**STATE OF RHODE ISLAND**
**WASHINGTON, Sc.**

**DISTRICT COURT**
**FOURTH DIVISION**

**STATE OF RHODE ISLAND :**

**V. :** **COMPLAINT NO. 41-** ______________

______________________ :

## NOTICE OF COURT DATES - MISDEMEANOR CASES

The following court dates have been set on the above-named case:

1. Pre-Trial Conference - 5-27-05 - -9:00 AM
2. Trial - 6-17-05 - -9:00 AM

THE ABOVE COURT DATES AT THE WASHINGTON COUNTY COURTHOUSE IN WAKEFIELD AT 4800 TOWER HILL ROAD.

**IF YOU DO NOT APPEAR ON THESE DATES, A WARRANT WILL BE ISSUED AND YOU WILL BE ARRESTED AND YOU WILL OWE BAIL MONEY AND A $125 WARRANT FEE TO THE STATE!**

[ ] You have also been referred to the **Public Defender's Office** to determine if you are eligible to be represented by one of their lawyers. Their office is located at Washington County Courthouse, Room 243. (782-4180). **Go there today!**

ORDERED:
ALBERT E. DEROBBIO
CHIEF JUDGE

SIGNED: [signature]

This document is subject to an Order of the Rhode Island District Court, Fourth Division, sealing the Court file and requiring the destruction of records of the arrest and prosecution of Charles Mauti by the Town of Westerly. It is not a public document and should not be copied or distributed other than as necessary in connection with Mauti v. Matarese, et al., CA 06-61T, pending in the United States District Court for the District of Rhode Island.

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

# BAIL AND RECOGNIZANCE CONDITIONS

☐Superior Court ☐Family Court ☐District Court

______________________ County/Division

| 1. STATE OF RHODE ISLAND vs. Mauti | 2. CASE NO. 41-05-1832 |
|---|---|

## ORDER

3. PERSONAL RECOGNIZANCE.
It is hereby ordered that the above defendant be released on his/her own recogniznce in the amount of $ 1000 -.

4. BAIL
It is hereby ordered that ☐cash bail/ ☐surety bail for the above defendant be set at $______________.
Monetary conditions for bail have been imposed for the reasons that follow:______________

☐The amount of bail does not exceed the guidelines.
☐The amount of cash or surety bail does exceed the guidelines, and the reasons for departing from the guidelines are as follows: ______________.

## CONDITIONS OF RELEASE

5. THE FOLLOWING ARE THE CONDITIONS UNDER WHICH YOU, THE UNDERSIGNED, ARE BEING RELEASED TODAY:

1. You must appear in Court as required for all scheduled hearings.
2. You must keep the peace and be of good behavior.
3. You may not leave the state while this matter is pending without permission of the Court.
4. You must notify your attorney, bondsman, and the Clerk of the Court of any change of address.
5. You understand that when recognizance has been set in the District Court on a felony charge, it will remain in effect until arraignment in Superior Court when a new recognizance will be set.
6. The following are special conditions you must abide by:______________
7. ☐ This is a domestic violence offense. You are ordered to have no contact with:______________ Violation of this order is a criminal offense under RIGL 12-29-4 and will subject a violator to arrest.
8. ☐ I have read and understand the Spanish version of this form.

**Note: You understand that if you violate any condition of your release, a warrant for your arrest may be issued immediately. After arrest and hearing, if you are determined to have violated your recognizance, the terms and conditions of any further release will be redetermined. At that time you could be held without bail, have your bail increased, or you could be found in contempt of Court. You also understand that the state may proceed against your sureties for violation of this recognizance.**

I AGREE TO COMPLY FULLY WITH ALL OF THE OBLIGATIONS IMPOSED ABOVE ON MY RELEASE, AND I AGREE THAT MY CASH BAIL MAY BE APPLIED TO COURT COSTS. ORDER SIGNED BY:

[signature] Defendant — [signature] Judge/Clerk

[handwritten address] Address — 5-20-05 Date

I/We agree to all of the conditions set out above.

Surety ______________ Surety ______________

DISTRIBUTION
WHITE-COURT, YELLOW-DEFENDANT

J-4 (Rev. 1/03)

This document is subject to an Order of the Rhode Island District Court, Fourth Division, sealing the Court file and requiring the destruction of records of the arrest and prosecution of Charles Mauti by the Town of Westerly. It is not a public document and should not be copied or distributed other than as necessary in connection with Mauti v. Matarese, et al., CA 06-61T, pending in the United States District Court for the District of Rhode Island.

MACFADYEN, GESCHEIDT & O'BRIEN
ATTORNEYS AT LAW

THE OWEN BUILDING
101 DYER STREET • PROVIDENCE, RI 02903

TELEPHONE
401-751-5090

FACSIMILE
401-751-5096

JOHN A. MACFADYEN
LISE J. GESCHEIDT
C. LEONARD O'BRIEN

OF COUNSEL
B. JEAN ROSIELLO
TAMARA A. BARNEY

May 23, 2005

Leo Manfred, Esquire
47 High Street
P.O. Box 1996
Westerly, RI 02891-0916

RE: Town of Westerly v. Charles Mauti

Dear Leo:

I am enclosing copies of a Motion to Dismiss for Lack of Jurisdiction and a Memo in Support thereof, as well as Motions for Discovery and to Suppress.

I spoke to Lauren at the arraignment, and she was going to dismiss this case because my client did obtain a Rhode Island license. When I mentioned that I thought the District Court did not have jurisdiction over a violation of GL 31-10-1, and that jurisdiction was in the Traffic Tribunal. Judge Erickson thought you should file a responsive memo. Sorry, it was not my idea.

I am trying to be practical, and just want the case dismissed and the file sealed. I did not think Lauren had any problem with either of my goals. My client has no prior record.

The judge continued the hearing to this Friday, May 27. Please give me a call to let me know if we can possibly resolve the case before then. Thank you and best wishes.

Sincerely,

Lise J. Gescheidt

Cc: Captain Lauren Matarese
Mr. Charles Mauti

# RESPONSE TO REQUEST NO. 4

# State of Rhode Island

## Police Officer's Commission on Standards and Training

THIS IS TO CERTIFY THAT

LAUREN A. MATARESE

HAS SATISFACTORILY COMPLETED THE COURSE OF INSTRUCTION AT

## The Rhode Island Municipal Police Training Academy

CRIMINALISTIC II - ADVANCED

Whereunto, the undersigned have affixed their names and seal

this 17th day of January A.D. 1983

Executive Director

Chairman

1

# RHODE ISLAND MUNICIPAL POLICE TRAINING ACADEMY

STATE OF RHODE ISLAND

HOPE

## Firearms Course Certificate

THIS CERTIFICATE IS AWARDED TO Lauren A. Matarese AS EVIDENCE OF SUCCESSFUL COMPLETION OF A POLICE FIREARMS TRAINING COURSE. THIS CERTIFICATE DOES ALSO CERTIFY THAT THIS OFFICER HAS QUALIFIED WITH A .38 SPECIAL CALIBER REVOLVER IN ACCORDANCE WITH THE PROVISIONS OF SECTION 11-47-15.1, OF THE GENERAL LAWS OF RHODE ISLAND 1956, AS AMENDED ON THE 7TH DAY OF MAY 1970.

238/250 Expert
SCORE ATTAINED

June 18, 1982
DATE OF CERTIFICATION

FIREARMS INSTRUCTOR

EXECUTIVE DIRECTOR

# State of Rhode Island

## Police Officer's Commission on Standards and Training

THIS IS TO CERTIFY THAT

LAUREN A. MATARESE

HAS SATISFACTORILY COMPLETED THE COURSE OF INSTRUCTION AT

## The Rhode Island Municipal Police Training Academy

BASIC RESERVE OFFICER TRAINING COURSE

Whereunto, the undersigned have affixed their names and seal

this 19th day of February A.D. 1981

Raymond J. Shannon
Executive Director

William P. Tocco Jr.
Chairman

# State of Rhode Island

## Police Officer's Commission on Standards and Training

THIS IS TO CERTIFY THAT

LAUREN A. MATARESE

HAS SATISFACTORILY COMPLETED THE COURSE OF INSTRUCTION AT

ADVANCED POLICE TACTICS

## The Rhode Island Municipal Police Training Academy

Whereunto, the undersigned have affixed their names and seal

this 25th day of JUNE A.D. 1982

Executive Director

Chairman

CERTIFICATE

This is to certify that Lauren A. Matarese

of the Westerly Police Dept.

is qualified to perform breath tests for the determination of the quantitative concentration of alcohol in an individual's blood by means of an

**Approved Breath Test Instrument**

This permit is issued under the authority of Title 31, Chapter 27, General Laws of Rhode Island, 1956, as amended, and may be terminated or revoked at the discretion of the Department of Health.

Issued on 6-13-86

Drug Control Administrator

Certificate No. 1009

THE AMERICAN NATIONAL RED CROSS

This certifies that

LAUREN MATARESE

has completed the course of instruction in
BASIC RESCUE AND WATER SAFETY

at RI MUNICIPAL POLICE ACADEMY
LINCOLN, RI

6/11/82
Completion Date

Chairman

American Red Cross

This certifies that

LAUREN A. MATARESE

has completed the STANDARD FIRST AID and PERSONAL SAFETY course of instruction

at R.I. MUNICIPAL POLICE ACADEMY

6/14/82
Date course completed

Jerome H. Holland
Chairman, American Red Cross

American Heart Association

Cardiopulmonary Resuscitation and Emergency Cardiac Care

This certifies that

LAUREN A. MATARESE

has successfully completed the national cognitive and performance examinations in accordance with the Standards of the American Heart Association for

BASIC LIFE SUPPORT

6/14/82
Date of Issue

6/14/83
Date of Expiration