# American Heart Association
## RHODE ISLAND AFFILIATE

R. I.

## Recognition of Course Completion

Lauren A. Matarese

has completed a course, in accordance with
American Heart Association standards,
in the technique of cardiopulmonary resuscitation on the
4th day of June 1982.

Melvin D. Hoffman M.D.
Chairman, Emergency Care Committee
Rhode Island Heart Association

F. A. Simeone, M.D.
President, Rhode Island Heart Association



7

State of Rhode Island and Providence Plantations

Department of Health
CANNON BUILDING
Davis Street
Providence, R.I. 02908

## CERTIFICATE

This is to certify that LAUREN A. MATARESE

of the WESTERLY POLICE DEPARTMENT

is qualified to perform breath tests for the determination of the quantitative concentration of alcohol in an individual's blood by means of

APPROVED BREATH TESTING INSTRUMENTS

This permit is issued under the authority of Title 31, Chapter 27, General Laws of Rhode Island, 1956, as amended, and may be terminated or revoked at the discretion of the Department of Health.

Issued on 13 June 1986

Charles Hackadorian J.
Drug Control Administrator

Certificate No. 1009

TO: Chief Mark S. Champlin

FROM: Ptlm. Lauren A. Matarese

RE: Sexual Assault Seminar 12-6-88

Chief Champlin;

Sir, this is to inform you that I attended a Sexual Assault Seminar on December 5 and 6th, 1988. This was sponsered by the Rhode Island Department of Children and their Families, and was instructed by Elda M. Dawber, ACSW and Barbara Walsh, M.A. There was also a guest speaker, North Cairn, who spoke to us, as she was a victim of Incest.

I learned a great deal by attending this seminar. They showed us how to profile abusers, victims and future offends. We were also taught several methods of interviewing techniques, syptoms, signs and other various investigative tools.

A appreciate the chance you gave me to attend this seminar as I feel that I have benefited from it, for both myself and the department. I am very interested in the field of investigations and sexual assaults and child molestations are just two of the fields where investigative work is imperative.

Respectfully Submitted:

Ptlm. Lauren A. Matarese #18

Ptlm. Lauren A. Matarese #18

# NATIONAL LAW ENFORCEMENT INSTITUTE

*It is hereby certified that*

Lauren A. Matarese

*has successfully completed NLEI's*

## HOMICIDE INVESTIGATION SEMINAR

*Conducted July 11 & 12, 1988*
*at Boston*

NATIONAL LAW ENFORCEMENT ★ INSTITUTE ★ NLEI

Robert M. Jenkins
Executive Director

# LAW ENFORCEMENT OFFICERS TRAINING SCHOOL

CERTIFICATE OF ATTENDANCE

THIS IS TO CERTIFY THAT

LAUREN A. MATARESE

ATTENDED A SPECIALIZED SCHOOL IN

## FINGERPRINT CLASSIFICATION

HELD AT

Community College of R.I. - Flanagan Campus

FROM February 25, 1985 TO March 1, 1985

UNDER SPONSORSHIP OF

Rhode Island Municipal Police Academy

IN COOPERATION WITH THE FEDERAL BUREAU OF INVESTIGATION

S/A Charles J. Walsh
Federal Bureau of Investigation

# State of Rhode Island

## Rhode Island State Police

This is to certify that

LAUREN MATARESE

*has successfully completed a course of instruction in*

INTRODUCTION TO RILETS / NCIC POLICY & PROCEDURES

Witness my hand and seal this 23RD day of MAY, 1989 A. D.,

Walter Stone

Colonel
Superintendent
Rhode Island State Police

# *Certification of Completion*

This document verifies the attendance and participation of

Lauren A. Matarese 11-21-89

in the National Seminars, Inc. workshop

## Leadership and Supervisory Skills for Women

Conforming to the guidelines established by the National Task Force on the Continuing Education Unit, this program has been authorized for .6 CEUs which are hereby awarded.

President

*The National Seminars Group:*
*National Seminars*
*National Career Workshops*
*National Businesswomen's Leadership Association*
*National Press Publications*

6901 W. 63rd Street • P.O. Box 2949 • Shawnee Mission, KS 66201-1349

**State of Rhode Island**
**Local Emergency Planning**
**District 3**

## CERTIFICATE OF TRAINING

Lauren A. Matarese

Has completed a training in
HAZARDOUS MATERIALS AWARENESS
FOR POLICE OFFICERS

1995 - 1996

MICHAEL P. FAY, CHAIRMAN LEPC3

DIVISION OF FIRE SAFETY

# RHODE ISLAND FIRE ACADEMY

## Certificate of Completion

*This is to acknowledge that*

LAUREN A. MATARESE

**Has demonstrated a committment to reduce this State's loss of life and property by pursuing professional development through the Rhode Island Fire Academy program**

"Arson Awareness"
(A 4-hour Class)

State Fire Marshal

Director

DIVISION OF FIRE SAFETY · STATE FIRE MARSHAL

Date
February 5, 1997

FIRE RHODE ISLAND ACADEMY

Training file 4 May 99

16

# Drug Enforcement Administration

## United States Department of Justice

This is to certify that

LAUREN A. MATARESE

has successfully completed a course of instruction in

STATE AND LOCAL NARCOTICS ENFORCEMENT

conducted by the United States Drug Enforcement Administration's Training staff at Massachusetts State Police Academy
New Braintree, Massachusetts

In testimony thereof I subscribe my name
on this 30th day of April 19 99

Coordinator

Administrator, Drug Enforcement Administration

Town of Westerly

# Police Services

# SPECIAL ORDER

DATE: 1-20-99 Number: 67

Sgt. Lauren Matarese is relieved of her regular duties to attend the DEA Basic Drug Course at the Massachusetts State Police Academy April 19th through April 30th.

Bruno L. Giulini
Chief of Police

State of Rhode Island

**Police Officer's Commission on Standards and Training**

This is to certify that

Lauren A. Matarese

has satisfactorily completed a course of instruction in

First Line Supervisor Course

at

**The Rhode Island Municipal Police Training Academy**
**Community College of Rhode Island, Lincoln, Rhode Island**

Whereunto, the undersigned have affixed their names and seal

from August 26 to August 30 A.D. 1996

Chairman

Executive Director

Instructor

Documents produced 8-8-06, page 31

# CERTIFICATE OF ACHIEVEMENT

*certify to all that*

Sgt. Lauren Matarese

*has successfully completed instruction of the NCIC Policies, Procedures and Guidleines as set forth by the Federal Bureau of Investigation and the Rhode Island State Police.*

Westerly

*Department*

September 1996

*Date*

*Rhode Island State Police Control Terminal Officer*

**NCIC**

© GOES 671

LITHO. IN U.S.A.

1/83 Criminalsitic II Advanced
9-14-81 Recieved a commendation from the Town of Westerly
10-28-81 Attended a Domestic Violence Seminar at So. Kingstown PD
6-4-82 CPR course
6-11-82 Rescue/Water safety course
6-18-82 Expert Firearms Course
6-14-82 First Aid course
6-25-82 Graduated Valedictorian from Police Academy
May of 1985 Fingerprint Classification Class conducted by the FBI
1983-May Certfied Scuba Diver--member of the Westerly Police Dive Team
6-13-85 Attended Breathalyzer school conducted by RI Div. of Drug Control
6-3-85 Alcohol Dependence/Issue Persepctive workshop--I took from Salve Regina Collwge
June 1985 Child Abuse Workshop from Salve Regina College
June 1985 Sexual Assaul Investigation workshop through Salve
1-4-86 Homicide Investigation workshop through Salve Regina
10/84 Arson Workshop through Salve Regina
11/84 White Collar Crime through Salve Regina
1-87 Sexual Assault Seminar held at RIC
11-88 Sexual Assault Seminar held in Providence
6/88 Homicide Investigation Seminar, held in Boston
2/89 CPR sponsored by the Westerly Ambulance Corps

School
I attended Salve Regina from 1982 to 1985. I was the valedictorian of the Freshman class in 1984.
1984-85 I was appointed as a member of the National Deans list
5-5-84 I recieved an Acedemic Achievement award from Salve Regina College
5/89 I will recieve my associate degree in Administration of Justice from Roger Williams College
Roger Willaims College from 1985-

The above workshops listed from Salve Regina were taken by me independently of the studies I was enrolled in.

Lauren A. Matarese #17

Chief Nunzio Cimalore
Westerly Police Department
Westerly, Rhode Island

Dear Chief Cimalore:

Sir, please be advised that I have completed a course in basic Scuba Diving. This course consisted of ten hours of pooltime, ten hours of class time, and two open water dives which were held in Jamestown Rhode Island. The instructor was Bryan Martin from the Professional Association of Diving Instructors.

My diving number is 83195536. This course ran from April 10th 1983 until July 1st 1983.

Respectfully Submitted:

Lauren A. Matarese
Patrol Officer
Westerly Police Department
Westerly, Rhode Island

# Henry C. Lee
# Institute of Forensic Science

## Certificate of Completion

Presented To

## Lauren Matarese

2004 Arnold Markle Symposium
Cracking Cold Cases
April 5-6, 2004

Albert Harper, Ph.D., J.D.
Executive Director

*State of Rhode Island and Providence Plantations*

# Emergency Management Agency

RHODE ISLAND EMERGENCY MANAGEMENT AGENCY
PACE AC BELLO MERITA
• 1996 •

Awards this certificate to

## Lauren A. Matarese

in recognition of the satisfactory completion of

INCIDENT COMMAND SYSTEM-LEVEL 300
(ICS-300 16- hours)

E. Jeffrey Hutchinson, RI Task Force 1

J. Curtis Varone, RI Task Force 1

January 26-27, 2004
DATE

Albert A. Scappaticci, Executive Director
RI Emergency Management Agency

# Henry C. Lee Institute of Forensic Science

## Certificate of Completion

Presented To

## Lauren Matarese

2004 Arnold Markle Symposium
Cracking Cold Cases
April 5-6, 2004

Albert Harper, Ph.D., J.D.
Executive Director

# Roger Williams University

## School of Justice Studies

## Justice System Training and Research Institute

Certificate of Completion

**Legal Research for Police Officers Seminar**

***Lieutenant Lauren Matarese***

**Wednesday, August 20, 2003**

Roger Williams University
Learning to Bridge the World

*Anthony M. Pesare, Dean*
*School of Justice Studies*

*Robert W. McKenna, Director*
*Justice System Training & Research Institute*

# *Roger Williams University*

## ***School of Justice Studies***

## ***Justice System Training and Research Institute***

Certificate of Completion

**Criminal Procedure Issues Seminar**

***Lieutenant Lauren A. Materese***

**Wednesday, May 28, 2003 and Thursday, May 29, 2003**

Roger Williams University
Learning to Bridge the World

*Anthony M. Pesare, Dean*
*School of Justice Studies*

*Robert W. McKenna, Director*
*Justice System Training & Research Institute*