STOP VIOLENCE AGAINST WOMEN ACT

# CERTIFICATION

Lt. Lauren Matarese
Westerly Police Department

## Sexual Assault
## Evidence Collection Training

Sponsored by the
RI Justice Commission
RI Municipal Police Training Academy
Roger Williams University-School of Justice Studies

Steven Weaver
Executive Director
RI Municipal Police Training Academy

December, 2002

27

28

# THE NATIONAL EMERGENCY RESPONSE & RESCUE TRAINING CENTER (NERRTC)

IN COOPERATION WITH THE

## DEPARTMENT OF JUSTICE OFFICE OF JUSTICE PROGRAMS OFFICE FOR DOMESTIC PREPAREDNESS (ODP)

acknowledges

***Lauren A. Matarese***

for successful completion of the

WMD:Incident Management / Unified Command

Warwick, RI
32 HOURS

November 18-22, 2002

Office for Domestic Preparedness

Andrew T. Mitchell
Acting Director
Office for Domestic Preparedness (ODP)

Dr. G. Kemble Bennett
Executive Director
NERRTC

FP 154217 0082
State Board for Educator Certification #500132

# Certificate of Completion

This is to certify that

Liuetenant Lauren A. Matarese

has successfully completed the

## Hostage Situation Management & Suicide Protocol Course

at

Charlestown Ambulance Corp

and is duly entitled to all the privileges and honors associated there with

James R. Davis Criminologist
President, DanCor Ltd. Police Training

Date

# The Eighteenth Annual

INTOXILYZER

USERS' GROUP

**Would like to acknowlegdge**

**Lauren Matarese**

For attending this technical and informative conference,
In which the workshops were specifically selected, based on the
Technicians and operators interests and concerns.

**Providence, Rhode Island**
**August 11-15, 2002**

**Richard Minogue, Conference Organizer**

# Bryant College

## Executive Development Center

*Presents this Certificate to*

## *Lieutenant Lauren Matarese*

*who has successfully completed the requirements for*

## Police Leadership Development

6/20/02
Issued

Director

# Federal Bureau of Investigation

Presents this Certificate
to

**LAUREN MATARESE**

In recognition of completion of the course

INTRODUCTION to DOMESTIC TERRORISM
for STATE and LOCAL LAW ENFORCEMENT

*Date* 13 May 2002

*National Security Programs*
*Operational Training Unit*

*Assistant Director, National Security Division*
*Federal Bureau of Investigation*

LETA

*Be it hereby known that on this date,*
*the Board of Directors of the*
*Law Enforcement Thermographers' Association*
*has decreed that:*

# *Lauren A. Matarese*

*has successfully completed the*
*L.E.T.A. Approved*
*Basic Law Enforcement Thermography*
*course of instruction and is therefore*
*certified as a*

**BASIC THERMOGRAPHER**

*March 29, 2002*
*Date*

*L.E.T.A. Instructor*

Office of National Drug Control Policy
Counterdrug Technology Assessment Center
Technology Transfer Program

# Certificate of Training

**Lieutenant Lauren A. Matarese**

successfully completed
Thermal Imager training

this 29th day of March, 2002

Acting Program Director

# Roger Williams University

## School of Justice Studies

## Justice System Training Institute

Certificate of Completion

**Women in Law Enforcement Seminar**

***Lieutenant Lauren Matarese***

**September 26, 2001**

ROGER WILLIAMS UNIVERSITY
INCORPORATED 1956

*Anthony M. Pesare, Dean*
*School of Justice Studies*

*Robert W. McKenna, Director*
*Justice System Training Institute*

# Roger Williams University

## *School of Justice Studies*

## *Justice System Training Institute*

Certificate of Completion

**Criminal Procedure Issues Seminar**

***Lieutenant Lauren A. Matarese***

**Wednesday, May 30, 2001 & Thursday, May 31, 2001**

ROGER WILLIAMS UNIVERSITY INCORPORATED 1956

*Anthony M. Pesare, Dean*
*School of Justice Studies*

*Robert W. McKenna, Director*
*Justice System Training Institute*