The New England Institute of Law Enforcement Management

Awards this Certificate to

# Sergeant Lauren A. Matarese

upon completion of

The Command Training Program

Session 241

Held at Babson College

Wellesley, Massachusetts

November 10, 2000

Director

The New England Institute of Law Enforcement Management

Executive Director

New England Association of Chiefs of Police, Inc.

The New England Institute of Law Enforcement Management

Awards this Certificate to

# Sergeant Lauren A. Matarese

upon completion of

The Command Training Program

Session 241

Held at Babson College

Wellesley, Massachusetts

November 10, 2000

Director

The New England Institute of Law Enforcement Management

Executive Director

New England Association of Chiefs of Police, Inc.

# CERTIFICATE OF COMPLETION

***Lauren A. Matarese***

HAS SUCCESSFULLY COMPLETED A COURSE IN

***Intermediate Excel 2000***

NEW HORIZONS COMPUTER LEARNING CENTER
OF RHODE ISLAND

March 13, 2001
*Date*

*Louis L. Soloff*
*Senior Instructor*

New Horizons®
Computer Learning Centers

1105 Sockanosset Cross Road Cranston, RI 02920-5560 Tel (401)-946-4496 Fax (401)-946-4344

BABSON
SCHOOL OF EXECUTIVE EDUCATION

Babson College
Babson Park, MA
02457-0310 USA

781·239·4354
800·882·EXEC
FAX 781·239·5266
EMAIL exec@babson.edu
HOME PAGE www.babson.edu/see

This is to certify that **Lauren A. Matarese** completed a course in LAW ENFORCEMENT MANAGEMENT offered under the auspices of the School of Executive Education at Babson College.

The conditions noted below are applicable:

| | |
|---|---|
| Date course began | October 23, 2000 |
| Date course completed | November 10, 2000 |
| Grade | A |
| Semester hours credit | 6 |
| Class Hours | 90 |

Thomas E. Moore
Dean, School of Executive Education

NORTHWESTERN UNIVERSITY

CENTER FOR PUBLIC SAFETY

*This is to certify that*

Lauren A. Matarese

has successfully completed the 40-hour course

# INSTRUCTOR DEVELOPMENT

February 26 - March 2, 2001
Lincoln, Rhode Island

DIRECTOR POLICE TRAINING DIVISION

DIRECTOR CENTER FOR PUBLIC SAFETY

# CERTIFICATE OF COMPLETION

## *Lauren A. Matarese*

HAS SUCCESSFULLY COMPLETED A COURSE IN

***Beginning Excel 2000***

NEW HORIZONS COMPUTER LEARNING CENTER
OF RHODE ISLAND

February 20, 2001
*Date*

*Tammy S. Johnson*
*Senior Instructor*

New Horizons

*Westerly High School*
*23 Ward Avenue*
*Westerly, RI 02891*

Linda Chaffee
Science Department Head
Physics Teacher

Phone (401) 596-2109
Fax (401) 596-5098
Email ride1057@ride.ri.net

February 14, 2001

~~Chief David Smith~~
Westerly Police Department
Union Street
Westerly, RI 02891

Dear Chief Smith:

Thank you for arranging to have Lt. Matarese and Officer Gaccione visit my physics classes on Wednesday, February 14, 2001. My students have been studying automobile collisions and have been working on accident reconstruction. The members of the Westerly police department were a tremendous help to the students because of their first hand experience in investigating accidents. Students had the opportunity to ask questions as the officers met with each small group of students. All of the students had a clearer picture of their scenario after their time to talk with Lt. Matarese and Officer Gaccione.

Opportunities for the students to relate to police officers in a setting such as this improve the relations between the WPD and these students. Thank you for accommodating this request.

The students' presentation will be on display Saturday morning March 3rd as part of "Westerly is Learning." I invite you or any members of your department to stop in at 56 High Street to see the final products that the students produce.

Sincerely,

Linda Jane Chaffee

Linda Jane Chaffee

Cc: Lt. Matarese
~~Officer Gaccione~~
J. Murano
S. Kizner
The Westerly Sun

GOOD JOB!

*Charlestown Police Department*

CHARLESTOWN
POLICE
R.I.

*Certifies that*

**Sgt. Lauren Matarese**

*has successfully completed the Police Cyclist Course*
*as set fourth by the International Police Mountain Bike Association*
*this 12th day of June, 2000*

*I.P.M.B.A. Instructor*

*Chief of Police*

**WESTERLY POLICE DEPARTMENT ADMINISTRATIVE SERVICES DIVISION**

# Memo

**To:** LINDA

**From:** Lt. Baker

**CC:**

**Date:** April 24, 2000

**Re:** DIGITAL BIOMETRICS FINGERPRINTING TRAINING

---

On April 11, 2000 the following personnel received 7 hrs training as System Managers for the Digital Biometrics Fingerprinting System:

Ptlm. Phil Williams

Cpl. Thomas Toscano

Dispatcher Mike Fay

On April 12, 2000 the following personnel received 7 hours training as Trainers for the Digital Biometrics Fingerprinting System:

Sgt. Lauren Matarese

Cpl. Ernest Bailey

Dispatcher Donald Cornell

I will place a copy of this memo in their respective folders.

# CERTIFICATE OF COMPLETION

The University of Rhode Island

and

The Rhode Island State Crime Laboratory

*Award this certificate to* **Lauren A. Matarese**

IN RECOGNITION OF THE SATISFACTORY COMPLETION
OF THE COMBINED COURSES IN

## Criminal Investigation: Scientific Evidence I & II

PRESENTED AT THE UNIVERSITY IN COOPERATION WITH THE
RHODE ISLAND STATE CRIME LABORATORY
AND THE RHODE ISLAND CRIMINALIST ASSOCIATES

89

1999 - 2000

Dennis C. Hilliard, M.S.
Director - RI State Crime Laboratory

Louis A. Luzzi, Ph.D.
Dean - College of Pharmacy

40