Grad School

6 Jan 02

# UNIVERSITY OF RHODE ISLAND

KINGSTON, RHODE ISLAND 02881

OFFICE OF THE REGISTRAR

STUDENT COPY

STUDENT NAME: LAUREN A MATARESE

STUDENT NUMBER: 038 44 1704

DATE: DECEMBER 29, 1999

## GRADE REPORT

| DEPT. | COURSE | TITLE | CREDITS | MARK | POINTS | LOC. |
|---|---|---|---|---|---|---|
| BMS | 101 | CRIM INVESTIGATION I | 4.0 | A | | E |

TERM: FALL 1999

PROGRAM(S): GS 992 NON

CLASS: GS

ADMIN. UNIT: GS

NOTE: DEFINITIONS AND OTHER INFORMATION MAY BE FOUND ON THE BACK OF THIS REPORT.

QUALITY POINT AVERAGE

| | CREDIT | POINTS | AVERAGE | EARNED |
|---|---|---|---|---|
| SEMESTER | | | | |
| CUMULATIVE | | | | |

LAUREN A MATARESE
5 UNION ST
WESTERLY
RI 02891

UNIVERSITY OF RHODE ISLAND HOPE 1892

# Roger Williams University

ROGER WILLIAMS UNIVERSITY
INCORPORATED 1956

Justice System Training Institute

Stolen Auto/LoJack Seminar held on January 19, 2000

Certificate of Completion

## Sergeant Lauren A. Matarese

*Thomas J. Hickey, Dean*

*Anthony M. Pesare, Associate Dean*

# Amtrak® and Operation Respond®

*"Partners in Emergency Responder Safety"*

## *Certificate of Completion*

*Emergency Responder Safety and Security Course*

*Awarded to:*

Lauren Matarese

*For successfully completing 4 hours awareness training in safety, security and emergency response procedures involving railroad and passenger train incidents.*

*Mr. C. Lee Williams, General Manager*
*Safety and Environmental Control*
*Amtrak Northeast Corridor*

*Mr. Ernest R. Frazier*
*Chief of Police*
*Amtrak Police Department*

*Mr. Daniel M. Collins, President*
*Operation Respond® Institute, Inc.*

**October 1999**

# CERTIFICATE OF ACHIEVEMENT

*This certifies that*

SERGEANT LAUREN MATARESE

*of the*

*Westerly Police Department*

*has successfully completed re-certification of the NCIC Policies, Procedures and Guidelines as set forth by the Federal Bureau of Investigation and theRhode Island State Police*

WESTERLY R. I. POLICE

*Lt. Stephen N. Baker*

Director Of Training - Westerly Police Department

*John R. Moretta*

Terminal Agency Coordinator - Westerly Police Department

*July 14, 1999*

# WESTERLY POLICE DEPARTMENT

ALL-TERRAIN (ATV) VEHICLE

OPERATIONAL COMPETENCY EXAM

1. When operating the ATV, safety and professionalism are of the utmost concern.
TRUE ✓ FALSE ____

2. The best way to turn off the ATV is by turning the key to the off position first, then moving the stop switch to the stop position.
TRUE ____ FALSE ✓

3. When starting the ATV the parking brake does not have to be set.
TRUE ____ FALSE ✓

4. The ATV should be dismounted and mounted while the vehicle is in motion.
TRUE ____ FALSE ✓

5. Shifting the ATV while turning is considered a safe action.
TRUE ____ FALSE ✓

6. When turning right your body position should be shifted to the left.
TRUE ____ FALSE ✓

7. When traveling up a hill your body position should be shifted as far to the rear as possible.
TRUE ____ FALSE ✓

8. When your engaged in an emergency braking situation it is best to stand erect on the foot pegs.
TRUE ____ FALSE ✓

9. The oil level, brake cables and tire wear condition does not need to be inspected prior to the operation of the ATV.
TRUE ____ FALSE ✓

10. Head and eye protection are not necessary safety gear needed to be worn prior to the operation of the ATV.
TRUE ____ FALSE ✓

11. Your input here will help me organize the course in a manner which will make the course more informative and much more challenging (please make notes). well taught

NAME Lauren McTarese DATE 7.26.99

Documents produced 8-8-06, page 60

51



# Certificate of Completion

This is to certify that:

Sgt. Lauren Matarese

has completed four hours of instructional training in the use and operation of an ATV for Police Patrol.

Instructor: Officer Gregory P. Williams

7/6/99
Date

# CERTIFICATE OF TRAINING

AWARDED TO:

## Lauren A. Matarese

*For participation in a Narcotic Identification Class presented by ODV, INC. on the proper application and correct interpretation of drug field test results employing NarcoPouch® and Narcotest® by ODV, Inc.*

*Presented by Jack S. Thorndike*

*This 19th day of April in the Year 1999 at New Braintree, MA.*

Jack S. Thorndike
Senior Law Enforcement Training Coordinator

ODV INCORPORATED

NarcoPouch® and Narcotest® are Registered Trademarks of ODV, Inc.

State of Rhode Island

**Rhode Island Municipal Police Training Academy**

This is to certify that

Lauren Matarese

attended a specialized school in

First Line Supervisor Course

at

**The Rhode Island Municipal Police Training Academy**
**Community College of Rhode Island, Lincoln, Rhode Island**

from May 24 to May 28 A.D. 1999

Executive Director

Instructor

Place in Service jacket

September 25, 1994

To: Chief Mark Champlin

From: Ronald j Gaccione
Armorer

Ref: Semi-Auto Certification

Chief Champlin,

Please be advised that on the above date I instructed Frank Brancato in the break down and proper use of the Smith & Wesson model 5906 9mm pistol. Brancato demonstrated a cautious demeanor while handling the weapon and has qualified on the firing range through the reserve unit's training. I believe that Brancato should be allowed to carry this weapon on duty and is capable of safely performing his duties.

Ptlm. Ronald Gaccione

PTLM. Ronald j Gaccione

9-27-94

OK
MSC

WESTERLY POLICE DEPARTMENT

Ride-Along Training

Monthly Report

Name Frank Brancato

Month October Year 94

Total Hours 3 1/2

Officers Assigned To: CPL Longolucco

Beats Worked Beach

Tasks Performed Alarm

2 Routine Calls

Comments from Regular Officers:::::::::::::::::::::::::::::::::::::::::::::::::

Training Officer's Signature [signature] Date 11/1/94

1995

# CERTIFICATE OF TRAINING AND EDUCATION
## STATEMENT OF COMPLETION

LETN
TRAINING ASSISTANCE PROGRAM

**viewer information**

Name: FRANK BRANCATO
Soc Sec. #: 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

**agency**

Name: Westerly Police Department
Address: 5 Union ST.
City State, Zip: Westerly, R.I. 02891
Phone: (401) 596-2022

| | TAP No. | Test Y/N | Program Title/Subject | Credit Hours |
|---|---|---|---|---|
| 1. | 5320182 (3/12) | N | VEHICLE STOPS – SEARCH & SEIZURE | ½ |
| 2. | 1840007 | Y | SEARCH & SEIZURE 1 | 1 |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |
| 15. | | | | |
| 16. | | | | |
| 17. | | | | |
| 18. | | | | |
| 19. | | | | |
| 20. | | | | |
| 21. | | | | |
| 22. | | | | |
| 23. | | | | |
| 24. | | | | |
| 25. | | | | |
| 26. | | | | |
| 27. | | | | |
| 28. | | | | |
| 29. | | | | |
| 30. | | | | |
| 31. | | | | |

I confirm this employee has participated in the above training programs and made a passing score of (70%) or more on all required tests.

TOTAL HOURS

Signature (Chief, Supervisor or Director of Training) Title Date

Documents produced 8-8-06, page 66

Tape # 56

# L.E.T.N. TRAINING RECORD

OFFICER'S NAME Frank Brancato SS# 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

TITLE OF PROGRAM Vehicle Stops Search & Seizure T.A.P. NUMBER 532 0182

DATE: 3-12-95 WAS TEST TAKEN YES ____ NO ✓

I CERTIFY THAT ON THE ABOVE DATE I VIEWED THE ABOVE PROGRAM

SIGNATURE OF OFFICER Frank Brancato

SIGNATURE OF TRAINING OFFICER Raymond P. Moreno

DATE RECEIVED 3/15/95

PLACE COMPLETED FORM IN TRAINING OFFICER'S MAIL SLOT IN COMMUNICATIONS RM.

NOTE: T.A.P. NUMBER IS USUALLY DISPLAYED DURING PROGRAM IN LOWER RIGHT CORNER OF SCREEN

SEE TRAINING OFFICER OR SUPERVISOR FOR TESTS

LETN® Law Enforcement Television Network

FEBRUARY 1995
*SEARCH AND SEIZURE I*
**TAP 184-0007**

Frank Brancato

## POST TEST

PERFORMANCE OBJECTIVES: Upon completion of this program, the viewer will be able to

1. List the key exceptions to the Fourth Amendment
2. Explain burden of proof in searches.
3. Describe the requirements for a search under the Fourth Amendment.

1. Once a subject gives consent

   a. they cannot stop the search
   b. they may withdraw that consent at any time
   c. they must wait outside
   d. none of the above

2. One of the keys to consent is

   a. that it is freely given
   b. that the person giving the consent has the right to do so
   c. that it is documented and witnessed
   d. all of the above

3. During an arrest, officers have the right to search in order to

   a. prevent destruction of evidence
   b. find monetary evidence
   c. protect the officer
   d. both a and c

4. Without a warrant, the burden of proof is on the

   a. the defense
   b. the offense
   c. the prosecution
   d. the officer

5. With a search warrant, the burden of proof lies with

   a. the defense
   b. the offense
   c. the prosecution
   d. the court

6. Warrantless searches are

   a. allowed only with supervisors consent
   b. unreasonable unless items are seized
   c. unreasonable unless they fall under exceptions
   d. all of the above

7. Inventory searches

   a. are unconstitutional
   b. should not be called searches although they are
   c. should be done secretly
   d. all of the above

8. Key exceptions to the Search Warrant Requirement include all of the following except

   a. a search witnessed by a magistrate
   b. a search incidental to an arrest
   c. a search based on consent
   d. a search based on exigency

9. One condition for a warrant is that

   a. it shall be supported by oath or affirmation
   b. the place to be searched will be described
   c. the persons or things to be seized will be described
   d. all of the above are conditions for a warrant

10. The Fourth Amendment states a warrant will only be issued

    a. upon probable cause
    b. by the Crown
    c. with consent of the party
    d. all of the above

*State of Rhode Island and Providence Plantations*

# Emergency Management Agency

RHODE ISLAND EMERGENCY MANAGEMENT AGENCY
PACE AC BELLO MERITA
• 1996 •

Awards this certificate to

## Frank Brancato

in recognition of the satisfactory completion of

PPE TRAINING FOR LAW ENFORCEMENT
(8-Hours)

Paul D'Abbraccio, Lead Instructor
RI Emergency Management Agency

April 22, 2003
DATE

Albert A. Scappaticci, Executive Director
RI Emergency Management Agency

*State of Rhode Island and Providence Plantations*

# Emergency Management Agency

RHODE ISLAND EMERGENCY MANAGEMENT AGENCY
PACE AC BELLO MERITA
• 1996 •

Awards this certificate to

## Frank A. Brancato

in recognition of the satisfactory completion of

RECOGNITION & IDENTIFICATION OF HAZARDOUS MATERIALS
(4-Hours)

INSTRUCTOR
John P. Leo, HAZMAT Instructor
RI Department of Environmental Management

May 23, 2001
DATE

STATE DIRECTOR
Albert A. Scappaticci, Executive Director
RI Emergency Management Agency

# Amtrak® and Operation Respond®

*"Partners in Emergency Responder Safety"*

## *Certificate of Completion*

## *Emergency Responder Safety and Security Course*

*Awarded to:*

Frank Brancato

*For successfully completing 4 hours awareness training in safety, security, and emergency response procedures involving railroad and passenger train incidents.*

*Mr. C. Lee Williams*
*Manager*
*Safety and Environmental Control*
*Amtrak Northeast Corridor*

*Mr. Ernest R. Frazier*
*Chief of Police*
*Amtrak Police Department*

*Mr. Daniel M. Collins*
*Operation Respond® Institute, Inc.*

January 2000

September 21, 1994

# Certificate of Achievement

FRANK BRANCATO

has been awarded this Certificate of Achievement
by the Westerly Police Department
for successful completion of In-Service Training for

OLEORESIN CAPSICUM

Cpl. Stephen Baker
Director of Training

THE TOWN OF WESTERLY, R.I. 1669 THE OFFICIAL SEAL

Mark S. Champlin
Chief of Police

Instructor:

© GOES 671

LITHO IN U.S.A.

RHODE ISLAND MUNICIPAL POLICE ACADEMY

## Recruit Informational Sheet

Name: BRANCATO, FRANK, A
Dept: WESTERLY
DOB: 07/23/1967
Class Number: 2001-II
Date Of Graduation: 06/29/2001
Grade Average: 89.1
Class Rank: 19 of 22
Certification I.D. Number: 0629010202
Number of Incident Reports:

## Individual Grades

| | COURSE | SCORE |
|---|---|---|
| 1. | Criminal/Juvenile Law | 77.0 |
| 2. | Basic Water Safety | PASS |
| 3. | First Aid | 100.0 |
| 4. | Physical Training | PASS |
| 5. | Self Defense | PASS |
| 6. | C.P.R. | PASS |
| 7. | Accident Investigation | 90.0 |
| 8. | Motor Vehicle Code | 94.0 |
| 9. | Criminal Investigation | 77.0 |
| 10. | Police Patrol | 86.0 |
| 11. | Report Writing | 88.9 |
| 12. | Radar | 100.0 |
| 13. | Firearms Score | PASS |
| 14. | Breathalyzer | PASS |
| 15. | EVOC | PASS |
| 16. | Officer Survival | PASS |

## Physical Fitness Performance Scores

ENTRANCE

| Event | Raw Score | % |
|---|---|---|
| 1. 1.5 Mile Run | 12:04 | 63 |
| 2. Leg Press | | |
| 3. Bench Press | 375.00 | 99 |
| 4. Situps | 43.00 | 80 |
| 5. Sit/Reach | 20.75 | 88 |
| 6. Body Comp | 12.20 | |

EXIT

| Event | Raw Score | % |
|---|---|---|
| 1. 1.5 Mile Run | 12:16 | 61 |
| 2. Leg Press | | |
| 3. Bench Press | 405.00 | 99 |
| 4. Situps | 45.00 | 85 |
| 5. Sit/Reach | 21.50 | 92 |
| 6. Body Comp | | |

## Special Awards

State of Rhode Island
**Police Officers Commission on Standards and Training**

# Municipal Police Academy
# Certificate of Graduation

This is to witness that through the authority vested in me by the State of Rhode Island, it is made known and attested that

Frank A. Brancato

has so well merited as to be proclaimed publicly as having completed the course of instruction at the Rhode Island Municipal Training Academy.

In testimony whereof I subscribe my name this day of June 29, 2001

*Executive Director*

*Chairman*
*Police Officers Commission*
*on Standards and Training*

0629010202

Documents produced 8-3-06, page 74

# RESPONSE TO REQUEST NO. 7