**Checks from WEST01/RI0050401 0700 0900 hours May 10, 2005**

---

DQ.RI0050401.RI,CT.TXT
NAM/MAUTI,CHARLES.DOB/19460531.SEX/M
MRI 807571 IN: WEST01 5 AT 10MAY2005 07:27:54 OUT: SPBG00 20 AT 13APR2006 15:17:19
RETRIEVAL: ORIGINALLY INPUT - WEST01 5 AT 10MAY2005 07:27:54.

---

DQ.RI0050401.RI,CT,AZ.TXT
NAM/MAUTI,CHARLES.DOB/19460531.SEX/M
MRI 807669 IN: WEST01 6 AT 10MAY2005 07:28:38 OUT: SPBG00 21 AT 13APR2006 15:17:19
RETRIEVAL: ORIGINALLY INPUT - WEST01 6 AT 10MAY2005 07:28:38.

---

IQ.RI0050401.RI,CT.TXTPUR/C.ATN/CPL LACHAPELLE.NAM/MAUTI,CHARLES.DOB/19460531.SEX/M.RAC/U
MRI 807922 IN: WEST01 7 AT 10MAY2005 07:32:40 OUT: SPBG00 22 AT 13APR2006 15:17:19
RETRIEVAL: ORIGINALLY INPUT - WEST01 7 AT 10MAY2005 07:32:40.

---

RQ.RI0050401.RI.TXTLIC/P712.LIY/2005.LIT/PC
MRI 808706 IN: WEST01 8 AT 10MAY2005 07:44:52 OUT: SPBG00 23 AT 13APR2006 15:17:19
RETRIEVAL: ORIGINALLY INPUT - WEST01 8 AT 10MAY2005 07:44:52.

---

**Checks from WEST00/RI0050400 1300 1400 hours May 9, 2005**

---

RQ.RI0050400.RI.TXTLIC/106506.LIY/2005.LIT/CO
MRI 716918 IN: WEST00 36 AT 09MAY2005 13:33:54 OUT: SPBG00 24 AT 13APR2006 15:24:30
RETRIEVAL: ORIGINALLY INPUT - WEST00 36 AT 09MAY2005 13:33:54.

---

DQ.RI0050400.RI.TXT
NAM/MAUTI,CHARLES.DOB/19460531.SEX/M
MRI 716970 IN: WEST00 37 AT 09MAY2005 13:35:00 OUT: SPBG00 25 AT 13APR2006 15:24:31
RETRIEVAL: ORIGINALLY INPUT - WEST00 37 AT 09MAY2005 13:35:00.

---

**Checks sent to NLETS (Out of State) May 31, 2005**

---

DQ.RI0050401.RI,CT.*0493807571.
NAM/MAUTI,CHARLES.DOB/19460531.SEX/M

MRI 807571 IN: WEST01 5 AT 10MAY2005 07:27:54 OUT: SPBG00 26 AT 13APR2006 15:37:43
RETRIEVAL: ORIGINALLY OUTPUT - NLET 1176 AT 10MAY2005 07:27:54.

---

DQ.RI0050401.RI,CT,AZ.*0493807669.
NAM/MAUTI,CHARLES.DOB/19460531.SEX/M
MRI 807669 IN: WEST01 6 AT 10MAY2005 07:28:38 OUT: SPBG00 27 AT 13APR2006 15:37:43
RETRIEVAL: ORIGINALLY OUTPUT - NLET 1182 AT 10MAY2005 07:28:39.

---

IQ.RI0050401.RI,CT.*0493807922.
PUR/C.ATN/CPL LACHAPELLE.NAM/MAUTI,CHARLES.DOB/19460531.SEX/M.RAC/U
MRI 807922 IN: WEST01 7 AT 10MAY2005 07:32:40 OUT: SPBG00 28 AT 13APR2006 15:37:43
RETRIEVAL: ORIGINALLY OUTPUT - NLET 1202 AT 10MAY2005 07:32:40.

# RESPONSE TO REQUEST NO. 19

# JOB DESCRIPTION

## Westerly Police Department

## CAPTAIN

## GENERAL SUMMARY:

The Captain is the second in command of the Department. Under the direction and control of the Chief, a Captain is responsible for the overall supervision, control, effectiveness and efficiency of the Department's officers under his/her command.

The Captain serves as the Prosecution Officer who is responsible for the preparation and presentation of criminal cases at the Superior, and District Court levels. Further, the prosecution officer is responsible for preparing and presenting criminal and non-criminal matters before the Rhode Island Traffic Tribunal and the Westerly Juvenile Hearing Board and Municipal Court.

## ESSENTIAL FUNCTIONS:

It is the duty and responsibility of the Captain to:

1. Maintain an effective working relationship between the Department of Attorney General, courts, tribunals, boards and the Department.
2. Coordinate the scheduling of cases and witnesses before criminal courts and civil bodies.
3. Ensure that all arrest and investigation guidelines are closely followed.
4. Ensure the effective preparation and presentation of cases before the courts.
5. Ensure that victims and witnesses are properly notified in accordance with state law and Department policy.
6. Maintain and review the status of arrest warrants.
7. Responsible for management of special projects.

8. Keep themselves informed of all significant events or developments in law enforcement which may affect the Department. If changes or revisions in any present practices of the Department seem advisable, submit oral or written reports detailing recommendations.

9. Remedy minor disputes or disciplinary problems and submit a report of any significant breach of discipline to the Police Chief.

10. Obey and carry out all orders issued by the Police Chief, ensuring standardized interpretation and full compliance with such orders.

11. Serves as Officer in Charge when assigned.

## OTHER FUNCTIONS:

1. Ensure that Department members are informed of recent court decisions and changes in court rules and procedures.

2. Provide in-service training to Department members on court procedures.

3. Maintain a healthy working environment that reflects a high level of employee satisfaction.

4. Perform such other duties, as assigned by the Police Chief.

## JOB REQUIREMENTS:

1. Must be a sworn, active, permanent Department member, holding the rank of Lieutenant.
2. Possess an active Rhode Island operator's license.

## WORKING CONDITIONS:

Be available at all times by telephone, radio, or pager during normal working hours and available for callback, when needed.

## PHYSICAL REQUIREMENTS:

This position requires the Captain to perform all functions contained in this job description. Reasonable accommodations will be made for otherwise qualified applicants unable to fulfill one or more of these requirements necessary to accomplish the essential functions.

## SALARY RANGE:

In accordance with Town Ordinance.

# JOB DESCRIPTION

## Westerly Police Department

## PATROL OFFICER

## GENERAL SUMMARY:

Under the general supervision of the Shift Supervisor, the patrol officer shall perform preventive patrol and other law enforcement functions aimed at protecting life and property, preserving the peace, reducing opportunities for the commission of crimes, and identifying and apprehending offenders. The patrol officer shall provide emergency and non-emergency services, while creating and establishing a sense of security in the community.

## ESSENTIAL FUNCTIONS:

It is the duty and responsibility of the Patrol officer to:

1. Exercise authority consistent with the obligations imposed by the oath of office.

2. Respond to all calls for service, rendering first aid when applicable in emergency situations.

3. Aid citizens requesting assistance or information.

4. Arrest persons for violating the law or those wanted by other law enforcement agencies.

5. Reduce the opportunities for the commission of crimes through preventive patrol and other measures.

6. Responsible for patrolling an assigned area to provide for quick response to calls for service, facilitate observations of criminal activity or conditions conducive to criminality, and for the gathering of intelligence information.

7. Issue traffic citations, enforce motor vehicle laws and parking ordinances.

8. Seize, collect, preserve, transport, photograph, and inventory evidence and property taken into custody.

9. Maintain weapons and equipment in a state of operational readiness.

10. Promptly serve or deliver warrants, summonses, subpoenas, and other official papers.

11. Coordinate efforts with other Department employees to ensure that teamwork leads to the successful attainment of police short- and long-term goals and objectives.

10. Maintain certification with assigned equipment.

11. Perform Dispatching Duties when so assigned.

12. Perform such other duties, as may be assigned by the Police Chief.

## OTHER FUNCTIONS:

1. Be alert for conditions that endanger public safety and report such conditions to the proper authorities.

2. Conduct a thorough investigation of all offenses and incidents.

3. Be thoroughly familiar with the assigned areas of patrol and the service needs of their assigned area. Such familiarity includes knowledge of businesses, residences roads, paths, etc.

4. Remain in assigned beats throughout the shift, except when a police emergency necessitates a temporary absence or when a Shift Supervisor or Dispatcher has issued authorization for a temporary absence.

5. Take measures to expedite the flow of vehicular traffic during periods of congestion.

6. Preserve crime scenes, in accordance with Department policy.

7. Responsible for providing counseling, referral and follow-up services involving criminal cases.

8. Testify in court in a professional and timely manner, when required.

9. Promptly complete detailed reports on all crimes, arrests, vehicle collisions, and other incidents requiring police attention.

10. Maintain and operate Department vehicles in accordance with Department policy. Inspect the vehicle at the beginning of the tour of duty for any defects or missing equipment. Report any deficiencies and follow Department protocol on service of patrol vehicles.

11. Investigate alarms and suspicious persons to ensure the safety of residents and business owners.

12. Check public assemblies, residences, businesses, school, and recreational areas.

13. Keep radio equipment in a state of operational readiness.

14. Keep informed of any changes to Local, State, and Federal law, and familiarity with all departmental policies and procedures.

## JOB REQUIREMENTS:

The job requirements for the position of Patrolman for the Westerly Police Department shall be in accordance with current Town of Westerly Ordinance.

## PHYSICAL REQUIREMENTS:

This position requires a Patrol Officer to perform all functions contained in this job description. Reasonable accommodations will be made for otherwise qualified applicants unable to fulfill one or more of these requirements necessary to accomplish the essential functions.

## WORKING CONDITIONS:

Be available by telephone, radio, and pager during normal working hours and available for callback, when needed.

## SALARY RANGE:

Union position stipulated by contractual agreement between the International Brotherhood of Police Officer (IBPO), Local 503, and the Town of Westerly.