UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CHARLES MAUTI :
:
VS. : C.A. NO.: 06-61T
:
LAUREN MATARESE, ET AL. :

DEPOSITION OF MICHAEL TURANO, a Witness in the above-entitled cause, taken on behalf of the Plaintiff, before Barbara Warner, Notary Public in and for the State of Rhode Island, at the offices of Noel & Gyorgy, LLP, 50 South Main Street, Providence, RI, on September 8, 2006 at 9:30 A.M.

PRESENT:
FOR THE PLAINTIFF............ NOEL & GYORGY, LLP
BY: JOHN P. GYORGY, ESQUIRE

FOR THE DEFENDANT............ OLENN & PENZA, LLP
BY: MICHAEL COLUCCI, ESQUIRE

ALLIED COURT REPORTERS
115 PHENIX AVENUE
CRANSTON, RI 02920
401-946-5500

in-house through that company to instruct on that.
Q. Did you say stop sticks?
A. Yes.
Q. I know what that is, but she may not what that is. I know what a PR 24 is. If you are going to use a technical term like that, you may want to explain what it is when you mention it.
A. Okay.
Q. This is not a test. If you left something out, that is okay. You are not going to be graded on it. I want to go back to a couple of the things you said. You said you have a six-month schedule, does that mean you try and work out in advance a schedule of in-house training programs that covers the next six-month period or five-month period or seven-month period?
A. That's correct.
Q. So that people know ahead of time what kind of training is going to be available?
A. Yes.
Q. How do you maintain that schedule, do you distribute it every once in a while? Do

you update that monthly? What type of document is it?
A. When I do the schedule, it is posted so the supervisors are aware their men will be trained on certain days at certain times. The Chief is issued a copy. We have an internet page, which is a page where we post all of the trainings, and department forms we use, our phone lists, those types of things, so that everybody within the department has access to that.
Q. The internet page that you are talking about, is the page accessible only to department members?
A. That's correct.
Q. Everyone has a password and has to sign in?
A. No. Once you sign in to our server, you have access. You would sign in on a computer and you have automatic access. You did need to use a password to get in initially, but not to that page, specifically.
Q. When you say you need to use a password to get in initially, you are talking about access by department members to department

only internet pages, am I right?
A. Correct.
Q. If I go to the Westerly Police.org, I cannot find your training schedule and say I will sign up for Breath Testing 101?
A. That's correct.
Q. Unless I am a member of the department -- can members of the department sign in from outside of the department, from a home computer, for example?
A. No.
Q. So that is a secure system that is maintained at the station and it is available only on terminals at the station?
A. That's correct.
Q. Is there a training schedule that is posted now?
A. Yes.
Q. Is that page updated or you typically replace what is posted as a training schedule with a new one that is completely different, or is it a process of addition and subtraction from a document that is always there?
A. I have it from now until December. One

I do in January, and I would take that one down and do January to May.
Q. January through the first half of the next year?
A. That's correct.
Q. Do you maintain hard copies of those documents?
A. I may have. This is only the second one we have done that I put up, this past one.
Q. It is only the second one that has been posted on the internet?
A. Yes. That one I know I have. I printed that one out yesterday. I don't believe I have the previous one.
Q. What about prior to the department's making available the network, the internet page? When you say this is only the second one you have done, do I understand correctly that in October or in the fall of 2004 when you started as training officer that there was no posting on the department internet page for training?
A. That's correct.
Q. Do you have copies of the training

schedules dating back to when you started as training officer?
A. I would have to look.
Q. When you started as a training officer, did you inherit a grand office with a big library or did you inherit a box of old training tapes that showed you how to fire a muzzle loading rifle?
A. Both.
Q. You did inherit materials, some of which was useful and some of which was not?
A. That's correct.
Q. For the material that was not useful, was it because it was dated?
A. Yes, for the most part.
Q. What did you do with it, did you spend your first month as a training officer cleaning that collection up?
A. I just completed that. It was a rather large file cabinet.
Q. It was not the first month, it was the first 24 months, right?
A. Yes.
Q. It was a rather large file cabinet, is that in an office, a separate office?

police work and that group of policies and procedures, you have a role as the director of training in making certain that everyone understands what those policies and procedures require?

A. I do.

Q. I have a copy of part of a book. I don't know if it is the old book or the new book. When you went through the file cabinet, were you able to bring yourself to actually toss old training materials, throw them away?

A. Yes.

MR. GYORGY: Mark this as Exhibit 1.

(EXHIBIT 1 MARKED FOR IDENTIFICATION)

Q. I am showing you what has been marked as Exhibit 1 for identification, which is a six-page excerpt and on the front page at the very top says policies and procedures. Under that it says arrest. Can you tell me if you are familiar with that specific document?

(WITNESS PERUSES DOCUMENT)

A. I am not. This would come from the old

supervisors and then the Chief had attended some roll calls and went through some stuff. All of the supervisors were aware of the changes in the meeting with all of the supervisors. The Chief went to roll call and explained some of them and everybody was informed they would have time to sit with the supervisor and go through the book, and if they had any question the supervisor would have the answer. If not, the supervisor could go to Lieutenant Toscano and make sure he had the answer correct and filter that back down to the patrol officer.
Q. What happened to the old books?
A. I believe they were destroyed. Lieutenant Toscano collected all of the old books. They were turned into him.
MR. GYORGY: For the record, if you can check on that, Mike, I would like to know if they have not been destroyed, I would like to make sure one survives. I would like to make sure there is a copy of the old manual that survives. In other words, if Lieutenant Toscano is

carrying two out every day and putting them in his trash, I would like to make sure the last one does not get thrown away. The witness has testified that a document that was in effect at the time my client was arrested is in the process of being superseded and the old one being destroyed. I am asking to preserve the old one.
Q. Was there a written announcement that the new manual was being put into effect?
A. Yes.
Q. What form was that in, it was a memo from the Chief or from Lieutenant Toscano?
A. I believe it was a memo. It could have been through E-mail from them.
Q. What was the substance of it?
A. Basically that the policy manual was being updated and when it was completed, how to turn the old one in and pick up the new one and the training that was going to happen, things of that nature.
Q. Did you turn your old one in?
A. Yes.
Q. Do you know whether there is still a copy of the old one around?

A. I don't.
Q. Is the manual available on the department network?
A. Yes.
Q. So it is a computer file and you can open particular parts of it?
A. That's correct.
Q. Was the old document available on the computer network?
A. No.
Q. That was a hard copy?
A. Yes.
Q. I am looking at Exhibit 1 and on the left-hand side it appears to be three-hole punched. You have may have answered part of this or all of it, and I apologize if I am repeating myself, but was this specific document, do you recognize it as a piece of the old policies and procedures manual that was maintained in a loose leaf notebook?
A. The format is set up as how I remember the old book specific to this section, I couldn't tell you yes or no.
Q. That section deals with arrest procedures. Is that one of the areas in which as a