**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

CHARLES MAUTI

v. CA No. 06-61-T

LAUREN MATARESE, ET AL

**ORDER**

The October 16, 2006 Memorandum and Order by Magistrate Judge Almond, granting in part, and denying in part, the plaintiff's motion to compel production of documents, is affirmed, and the plaintiff's appeal is denied for failure to provide a transcript of the evidentiary hearing held before the magistrate judge as required by LR Cv 72(c)(2).

By Order

Deputy Clerk

ENTER:

Ernest C. Torres
Chief Judge

Date: November 30, 2006