**John Gyorgy**

**From:** cmecf@rid.uscourts.gov
**Sent:** Monday, September 25, 2006 1:45 PM
**To:** cmecfnef@rid.uscourts.gov
**Subject:** Activity in Case 1:06-cv-00061-T-LDA Mauti v. Matarese et al "Notice of Hearing on Motion"

*****NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

**U.S. District Court**

**District of Rhode Island**

Notice of Electronic Filing

The following transaction was received from Theall, Jeannine entered on 9/25/2006 at 1:44 PM EDT and filed on 9/25/2006
**Case Name:** Mauti v. Matarese et al
**Case Number:** 1:06-cv-61
**Filer:**
**Document Number:**

**Docket Text:**
NOTICE of Hearing on Motion [14] MOTION to Compel Production of Documents: Motion Hearing set for 10/11/2006 10:00 AM in Courtroom A before Magistrate Judge Lincoln D. Almond. (Theall, Jeannine)

The following document(s) are associated with this transaction:

**1:06-cv-61 Notice will be electronically mailed to:**

Michael J. Colucci mjc@olenn-penza.com, cli@olenn-penza.com; bam@olenn-penza.com

John P. Gyorgy jpgyorgy@lawnoel.com

John R. Harrington jrharrington@lawnoel.com

**1:06-cv-61 Notice will be delivered by other means to:**

Exhibit C