**John Gyorgy**

**From:** cmecf@rid.uscourts.gov
**Sent:** Monday, October 16, 2006 11:53 AM
**To:** cmecfnef@rid.uscourts.gov
**Subject:** Activity in Case 1:06-cv-00061-T-LDA Mauti v. Matarese et al "Motion Hearing"

*****NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

**U.S. District Court**

**District of Rhode Island**

Notice of Electronic Filing

The following transaction was received from Noel, Jeannine entered on 10/16/2006 at 11:52 AM EDT and filed on 10/13/2006

**Case Name:** Mauti v. Matarese et al
**Case Number:** 1:06-cv-61
**Filer:**
**Document Number:**

**Docket Text:**
Minute Entry for proceedings held before Magistrate Judge Lincoln D. Almond : Motion Hearing held on 10/13/2006 re [14] MOTION to Compel Production of Documents filed by Charles Mauti. (Gyorgy, Harrington, Colucci) Attys argue; Court takes matter under advisement; Order to follow (Noel, Jeannine)

The following document(s) are associated with this transaction:

**1:06-cv-61 Notice will be electronically mailed to:**

Michael J. Colucci mjc@olenn-penza.com, cli@olenn-penza.com; bam@olenn-penza.com

John P. Gyorgy jpgyorgy@lawnoel.com

John R. Harrington jrharrington@lawnoel.com

**1:06-cv-61 Notice will be delivered by other means to:**

Exhibit D