# EXHIBIT 4

Gen.Laws 1956, § 31-10-1

C

West's General Laws of Rhode Island Annotated Currentness
Title 31. Motor and Other Vehicles
Chapter 10. Operators' and Chauffeurs' Licenses

**→§ 31-10-1. License required to drive**

(a) No person, except those expressly exempted in this chapter, shall drive any motor vehicle upon a highway in this state unless that person has a valid license as an operator or chauffeur under the provisions of this chapter. No person shall receive an operator's license unless and until he or she surrenders to the division of motor vehicles all valid operators' licenses in his or her possession issued to that person by any other jurisdiction. All surrendered licenses shall be returned by the division of motor vehicles to the issuer together with the information that the licensee is now licensed in this state. No person shall be permitted to have more than one valid operator's license at any time. Any resident as defined under § 31-1-18 shall be required to obtain a Rhode Island operator's or chauffeur's license within thirty (30) days of establishing residency.

(b) No person shall drive a motor vehicle as a chauffeur unless he or she holds a valid chauffeur's license. No person shall receive a chauffeur's license unless and until he or she surrenders to the division of motor vehicles any operator's license issued to him or her, or an affidavit that he or she does not possess an operator's license.

(c) Any person holding a valid chauffeur's license under this chapter need not procure an operator's license.

(d) Any person licensed as an operator or chauffeur under this chapter may exercise the privilege granted by that license upon all streets and highways in this state, and shall not be required to obtain any other license to exercise that privilege by any county, municipal, or local board, or by any body having authority to adopt local police regulations.

P.L. 1950, ch. 2595, art. 15, § 1; P.L. 1962, ch. 204, § 1; P.L. 1982, ch. 26, § 1.

ADMINISTRATIVE CODE REFERENCES

Medical Advisory Board, see R.I. Code R. 01 100 004.

School bus transportation, see R.I. Code R. 01 100 033.

School bus transportation, see R.I. Code R. 08 050 002.

LIBRARY REFERENCES

Automobiles ⚷137.
Westlaw Key Number Search: 48Ak137.
C.J.S. Motor Vehicles §§ 256, 258, 262 to 267.

UNITED STATES CODE ANNOTATED

Motor vehicle pools and transportation systems, see 40 U.S.C.A. § 601 et seq.

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

# EXHIBIT 5

Westlaw.



Gen.Laws 1956, § 31-1-18

West's General Laws of Rhode Island Annotated Currentness
Title 31. Motor and Other Vehicles
Chapter 1. Definitions and General Code Provisions

**→§ 31-1-18. Resident and nonresident**

(a) "Nonresident" means any person who is not a resident of this state or is temporarily residing in this state as a student or as a member of the armed forces of the United States.

(b) "Resident" means a person:

(1) Who owns, rents, or leases real estate within the state as his or her residence and:

(i) Engages in a trade, business, or profession in this state; or

(ii) Enrolls his or her children in a school in this state for a period exceeding ninety (90) days; or

(2) Who is registered to vote or is eligible to register to vote under the laws of this state.

P.L. 1950, ch. 2595, art. 1, § 17; P.L. 1966, ch. 104, § 1.

Gen. Laws, 1956, § 31-1-18, **RI ST § 31-1-18**

Current through Public Law Chapter 441 of the 2005 January Session
of the Rhode Island General Assembly

Copr. © 2006 Thomson/West.

END OF DOCUMENT

# EXHIBIT 6

C
West's General Laws of Rhode Island Annotated Currentness
Title 31. Motor and Other Vehicles
Chapter 27. Motor Vehicle Offenses

**→§ 31-27-13. Nature of offenses--Penalty**

(a) It is a civil violation for any person to violate any of the provisions of chapters 1 - 27 or chapter 34 of this title, unless the violation is by these chapters or other law of this state declared to be a felony or a misdemeanor, or unless the offense is punishable by a fine of more than five hundred dollars ($500) or by imprisonment.

(b) Unless another penalty is provided by chapters 1 - 27 or chapter 34 of this title, or by the laws of this state, every person convicted of a civil violation of the chapters shall be punished by a fine of not more than five hundred dollars ($500).

(c) Unless another penalty is provided by chapters 1 - 27 or chapter 34 of this title or by the laws of this state, every person convicted of a misdemeanor violation of these chapters shall be punished by a fine of not more than five hundred dollars ($500), or by imprisonment for not more than one year, or by both fine and imprisonment.

P.L. 1950, ch. 2595, art. 17, § 8; P.L. 1950, ch. 2595, art. 37, § 1; P.L. 1999, ch. 218, art. 6, § 14; P.L. 2002, ch. 58, § 6.

HISTORICAL AND STATUTORY NOTES

2002 Legislation

Section 13 of P.L. 2002, ch. 58 provides that this act shall take effect upon passage and shall apply to all motor vehicle violations occurring upon and thereafter the date of passage.

CROSS REFERENCES

Aiding and abetting crimes, prosecution, see § 11-1-3.

Civil liability for crimes, see § 9-1-2.

Common law offenses, punishment not prescribed, see § 11-1-1.

DNA detection of sexual and violent offenders, applicability, see § 12-1.5- 7.

Punishments for felonies and misdemeanors, generally, see § 11-1-2.

LIBRARY REFERENCES

Automobiles k359.1.
Westlaw Key Number Search: 48Ak359.1.

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

# EXHIBIT 7

# CHAPTER 218

## 99-S 0932B am
## Enacted 06/30/99

## AN ACT

## RELATING TO THE RHODE ISLAND TRAFFIC SAFETY AND ACCOUNTABILITY ACT OF 1999

**Introduced By:** Senators Paiva Weed, Kelly, Gibbs, Oster, Walsh, et al.

**Date Introduced :** March 23, 1999

It is enacted by the General Assembly as follows:

ARTICLE 1

ADMINISTRATIVE ADJUDICATION COURT

**SECTION 1.** Chapter 31-43 of the General Laws entitled "Administrative Adjudication Court" is hereby repealed in its entirety.

**{DEL ~~CHAPTER 43~~**
**~~ADMINISTRATION ADJUDICATION COURT~~ DEL}**

**{DEL ~~31-43-1. Establishment of court -- Judges -- Seal -- Oaths. --~~ DEL}** {DEL ~~(a) There is hereby established an administrative adjudication court, consisting of a chief judge and six (6) associate judges to administer and adjudicate traffic violations. The administrative adjudication court and the department of transportation shall coordinate their activities affecting licenses and registrations issued by the department of transportation; provided, however, that the administrative adjudication court shall be a member of the judicial branch of government, shall be part of the unified court system, and shall be independent of the department of transportation.~~ DEL}

{DEL ~~(b) Said judges shall hear and determine cases as provided by this chapter and the chief judge may, in consultation with the administrator/clerk and subject to approval by the supreme court, promulgate such rules and regulations as shall be necessary or desirable to effect the purposes of this chapter. Such regulations may provide for a schedule of monetary penalties to be used where an answer is made by mail admitting a charge provided that no such penalty shall exceed the maximum fine established by law for the traffic or motor vehicle infraction involved.~~ DEL}

{DEL ~~(c) A judge shall devote full time to his or her judicial duties; shall not practice law while holding office; and shall not be a partner or associate of any person in the practice of law.~~ DEL}

{DEL ~~(d) Judges of the administrative adjudication court shall remain and be deemed "employees" within the meaning of section 36-8-1(2) and shall remain and be members of the retirement system previously established by sections 31-43-11 -- 31-43-14 of this chapter.~~ DEL}

(b) Penalties for violations of this section will be calculated on the registered or permitted weight in comparison to the actual weight {DEL . DEL} {ADD and shall be heard and adjudicated at the traffic tribunal. ADD}

(1) The overweight penalties for vehicles with ten thousand pounds (10,000 lbs.) gross vehicle weight or less shall be forty dollars ($40.00) per thousand pounds overweight or portion thereof.

(2) The overweight penalties for vehicles exceeding ten thousand pounds (10,000 lbs.) gross vehicle weight shall be eighty dollars ($80.00) per thousand pounds overweight or portion thereof.

(3) The overweight penalty for vehicles being operated in excess of one hundred four thousand, eight hundred pounds (104,800 lbs.) gross vehicle weight shall be one thousand dollars ($1,000) in addition to the penalties enumerated in subsection (b)(2) hereof.

**SECTION 14.** Sections 31-27-13 and 31-27-16 of the General Laws in Chapter 31-27 entitled "Motor Vehicle Offenses" are hereby amended to read as follows:

**{DEL ~~31-27-13. Misdemeanors -- Penalty.~~ DEL} {ADD -- 31-27-13. Offense -- Penalty. ADD}** --(a) It is a **{DEL** ~~misdemeanor~~ **DEL} {ADD** civil violation **ADD}** for any person to violate any of the provisions of chapters 1 to 27, inclusive, or chapter 34 of this title, unless the violation, is by the chapters or other law of this state declared to be a felony **{ADD** or a misdemeanor or unless the offense is punishable by a fine of more than five hundred dollars ($500) or by imprisonment **ADD}**.

(b) Unless another penalty is provided by **{DEL** ~~the~~ **DEL}** chapters **{ADD** 1 to 27, inclusive, or chapter 34 of this title, **ADD}** or by the laws of this state, every person convicted of a misdemeanor for the violation of any provision of the chapters shall be punished by a fine of not more than five hundred dollars ($500) **{ADD . ADD} {DEL** ~~, or by imprisonment for not more than one year, or by both such fine and imprisonment.~~ **DEL}**

**{ADD** (c) Unless another penalty is provided by chapters 1 to 27, inclusive, or chapter 34 of this title or by the laws of this state, every person convicted of a misdemeanor violation of these chapters shall be punished by a fine of not more than five hundred dollars ($500), or by imprisonment for not more than one (1) year, or by both such fine and imprisonment. **ADD}**

**31-27-16. Funeral processions. --** (a) Any person who operates a motor vehicle on any of the highways of this state in such manner as to wilfully interject a funeral cortege shall be guilty of a **{DEL** ~~misdemeanor.~~ **DEL} {ADD** civil violation. **ADD}**

(b) For the purpose of this section, a funeral cortege is defined as a procession of motor vehicles clearly identified by operating headlights, signs, flags, or other identifying devices, as participating in a funeral.

**SECTION 15.** Section 31-36.1-17 of the General Laws in Chapter 31-36.1 entitled "Fuel Use Reporting Law" is hereby amended to read as follows:

**31-36.1-17. Penalties. --** (a) Any motor carrier failing to secure or display upon demand the license or identification device required in section 31-36.1-3, or under the International Fuel Tax Agreement shall be guilty of a **{DEL** ~~misdemeanor~~ **DEL} {ADD** civil violation **ADD}** and subject to a fine not exceeding fifty dollars ($50) for the first offense or not exceeding one hundred dollars ($100) for subsequent offenses. Any motor carrier willfully violating any other provisions of this chapter shall be deemed guilty of a **{DEL** ~~misdemeanor~~ **DEL} {ADD** civil violation **ADD}** and subject to a fine not exceeding

# EXHIBIT 8

Westlaw.



West's General Laws of Rhode Island Annotated Currentness
Title 31. Motor and Other Vehicles
Chapter 11. Suspension or Revocation of Licenses--Violations

**→§ 31-11-18. Driving after denial, suspension, or revocation of license**

(a) Any person who drives a motor vehicle on any highway of this state who never applied for a license, or who drives after his or her application for a license has been refused, or after his or her license has expired or who otherwise drives without a license, or at a time when his or her license to operate is suspended, revoked, or cancelled, for reasons other than those provided for in § 31-11-18.1, shall be guilty of a misdemeanor.

(b) The division of motor vehicles, upon receiving a record of the conviction of any person upon a charge of driving a motor vehicle while the license of the person was suspended, shall suspend the person's license for an additional three (3) months. Upon receiving a record of second violation, the division of motor vehicles shall suspend the license for an additional six (6) months. Any subsequent conviction shall result in license revocation. Upon receiving a record of conviction of any person upon a charge of driving after his or her application for a license has been refused, or upon a charge of driving by one who never applied for a license or who otherwise drives without a license, or after his or her license has expired or has been revoked or canceled, the division of motor vehicles shall not issue a new license for an additional period of one year from and after the date the person would otherwise have been entitled to apply for a new license.

(c) Upon a first conviction under this section, a fine of not less than two hundred fifty dollars ($250) nor more than five hundred dollars ($500) shall be imposed, and imprisonment for a term not to exceed thirty (30) days may be imposed. For the second and any subsequent conviction, a fine of not less than three hundred fifty dollars ($350) nor more than one thousand dollars ($1,000) may be imposed and an imprisonment for up to one year may be imposed. The imposition of fines may be in addition to the suspension of license that may be imposed by the court.

(d) Notwithstanding the provisions of subsection (a) of this section, any person driving after his or her license has expired shall be issued a summons to appear in district court not fewer than ten (10) days after the issuance of the summons, and shall not be taken into custody based solely on this charge. Any person who shall cause his or her expired license to be reinstated by the division of motor vehicles within ten (10) days after issuance of the summons may present proof of reinstatement at the headquarters of the charging police department . Presentation of proof of reinstatement within ten (10) days after the issuance of the summons shall cause the summons to be voided and shall otherwise constitute a complete defense to the charge of driving after expiration of license and a bar to prosecution for that charge. Any summons or records relating to the summons shall be expunged pursuant to the provisions of chapter 1.3 of title 12. For the purposes of this subsection, each of the several state police barracks shall be considered as a separate police headquarters.

P.L. 1950, ch. 2595, art. 17, § 3; P.L. 1951, ch. 2826, § 16; P.L. 1962, ch. 204, § 1; P.L. 1979, ch. 278, § 1; P.L. 1980, ch. 323, § 1; P.L. 1982, ch. 279, § 1; P.L. 1983, ch. 229, § 3; P.L. 1988, ch. 646, § 1; P.L. 2000, ch. 157, § 1; P.L. 2000, ch. 446, § 1.

**Codifications:** G.L. 1956, § 31-11-3.

CROSS REFERENCES

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.