MJC:tsp 6615/8 \pleading\66158obj.wpd

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CHARLES MAUTI | : | |
| | : | |
| VS. | : | C.A. NO. 06-61T |
| | : | |
| LAUREN MATARESE, ET AL | : | |

**DEFENDANTS' OBJECTION TO THE PLAINTIFF'S MOTION FOR RECONSIDERATION**

Now come the defendants, and object to the plaintiff's motion for reconsideration of this Court's order of December 7, 2006. In support thereof, your defendants have attached a memorandum of law.

DEFENDANTS,
By their Attorney,

/s/ Michael J. Colucci
Michael J. Colucci, Esq. #3302
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

**CERTIFICATION**

I certify that I sent a true copy of the within on to:

John P. Gyorgy, Esq.
50 South Main Street
Providence, RI 02903

/s/ Michael J. Colucci

MJC:tsp 6615/8

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CHARLES MAUTI | : | |
| | : | |
| VS. | : | C.A. NO. 06-61T |
| | : | |
| LAUREN MATARESE, ET AL | : | |

**DEFENDANTS' MEMORANDUM OF LAW IN SUPPORT OF OBJECTION TO THE PLAINTIFF'S MOTION FOR RECONSIDERATION**

The plaintiff has moved for this Court to reconsider its order of December 7, 2006. That order affirmed the October 16, 2006 memorandum and order of Magistrate Judge Almond.

It is hard to imagine what is clearly erroneous about this Court's order. Plaintiff, by his own admission, acknowledges that he did not include a transcript of the proceedings before the Magistrate Judge. The same is required by L.R. Cv 72(c)(2). Rather, the plaintiff embarks on somewhat of a word-game effort which twists and strains the english language as to the meaning of the phrase "and/or" as contained in said local rule. Nothing in that rule excuses an appellant from providing a transcript of the proceedings just because there is a written decision from the Magistrate Judge. The transcript of those proceedings, which has since been obtained, contains just short of one hundred pages of argument and discussion between counsel for both parties ***and*** Magistrate Judge Almond. In asking this Court to review the Magistrate's decision, the plaintiff asks this court to determine whether or not Magistrate Judge Almond abused his discretion and/or decided in a clearly erroneous fashion. To suggest that this could properly be done without the benefit of that transcript strains credulity.

Beyond that, your defendants incorporate the arguments made in their original response to the plaintiff's appeal of the Magistrate Judge's order and their related memorandum of law supporting the same, all of which was filed in this Court on November 7, 2006.

For the foregoing reasons, your defendants respectfully request that the plaintiff's

motion for reconsider be denied.

DEFENDANTS,
By their Attorney,

/s/ Michael J. Colucci
Michael J. Colucci, Esq. #3302
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

## CERTIFICATION

I certify that I sent a true copy of the within on 9/15/06 to:

John P. Gyorgy, Esq.
50 South Main Street
Providence, RI 02903

/s/ Michael J. Colucci