**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**CHARLES MAUTI,**

**v.** **CA NO. 06-61T**

**LAUREN MATARESE, ET AL.**

**NOTICE OF DEPOSITION**

Deponent: Lauren Matarese

Date and Time: January 9, 2007 at 2:00 p.m.

To: Michael Collucci
Olenn & Penza
530 Greenwich Avenue
Warwick RI 02886

Allied Court Reporters
115 Phenix Avenue
Cranston, RI 02920

PLEASE TAKE NOTICE that pursuant to the provisions of the Rhode Island Rules of Civil Procedure, the undersigned will take testimony on oral examination of the above-named deponent, at the date and time indicated (and thereafter from day to day as the taking of the deposition may be adjourned), before a Notary Public of the State of Rhode Island or some other duly qualified person. The deposition will be taken at the offices of Noel & Gyorgy LLP, 50 South Main Street, Providence Rhode Island. You are notified to appear and take part in the examination.

**Charles Mauti**
By his Attorneys,

/s/ John P. Gyorgy

John P. Gyorgy 3560
John R. Harrington 7173
NOEL & GYORGY LLP
50 South Main Street
Providence RI 02903
(401) 272-7400
(401) 621-5688 (Fax)
JPGyorgy@LawNoel.com
JRHarrington@LawNoel.com

**CERTIFICATION**

I hereby certify that on December 29, 2006, I sent a copy of the foregoing document to the following counsel of record by electronic noticing through the Court's ECF system:

Michael J. Collucci, Esq.
530 Greenwich Avenue
Warwick RI 02886
MJC@Olenn-Penza.com

/s/ John P. Gyorgy