**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**CHARLES MAUTI,**

**v.** **CA NO. 06-61T**

**LAUREN MATARESE, ET AL.,**

STIPULATION EXTENDING TIME FOR PLAINTIFF TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

In order to accommodate the rescheduling of the deposition of defendant Lauren Matarese from January 3, 2007, to January 9, 2007, it is hereby stipulated and agreed between the plaintiff and the defendants, subject to the approval of the Court, that the time for plaintiff to respond to the pending Motion for Summary Judgment shall be extended to and include January 19, 2007.

For Plaintiff:

/s/ John P. Gyorgy
John P. Gyorgy 3560
NOEL & GYORGY LLP
50 South Main Street
Providence RI 02903
(401) 272-7400
(401) 621-5688 (Fax)
JPGyorgy@LawNoel.com

For Defendants:

/s/ John P. Gyorgy (for MJC)
Michael Collucci
Olenn & Penza
530 Greenwich Avenue
Warwich RI 02886
(401) 737-3700
(401) 737-5499 (Fax)
MJC@Olenn-Penza.com

**CERTIFICATION**

I hereby certify that on December 29, 2006, I sent a copy of the foregoing document to the following counsel of record by electronic noticing through the Court's ECF system:

Michael J. Collucci, Esq.
530 Greenwich Avenue
Warwick RI 02886
MJC@Olenn-Penza.com

/s/ John P. Gyorgy