**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**CHARLES MAUTI,**

**v.** **CA NO. 06-61T**

**LAUREN MATARESE, *ET AL.***

**PLAINTIFF'S MOTION TO EXTEND DISCOVERY CLOSURE DATE**

Now comes the plaintiff and moves to extend the discovery closure date from March 15, 2007 to June 15, 2007. In support thereof, plaintiff relies on the accompanying Memorandum of Law, Affidavit of Charles Mauti, and the Exhibits attached thereto.

Charles Mauti
By his Attorneys,

/s/ John P. Gyorgy
John P. Gyorgy No. 3560
John R. Harrington No. 7173
Noel & Gyorgy LLP
50 South Main Street
Providence, Rhode Island 02903
(401) 272-7400
(401) 621-5688 (Fax)
JPGyorgy@LawNoel.com
JRHarrington@LawNoel.com

**Certification**

I hereby certify that on January 17, 2007, I sent a copy of the foregoing document to the following counsel of record by electronic noticing through the Court's ECF system:

Michael Collucci, Esq.
Olenn & Penza
530 Greenwich Avenue
Warwick RI 02886

/s/ John P. Gyorgy

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**CHARLES MAUTI,**

**CA NO. 06-61T**

**LAUREN MATARESE, *ET AL.***

**MEMORANDUM OF LAW IN SUPPORT OF**
**PLAINTIFF'S MOTION TO EXTEND DISCOVERY CLOSURE DATE**

Discovery was originally scheduled to close on February 15, 2007. On January 10, 2007, this Court, in response to a motion filed by the defendants which was not opposed by the Plaintiff, extended the discovery closure deadline until March 15, 2007. Because the Plaintiff's medical condition and anticipated surgeries in late January and February will prevent him from participating in the case for the next several months, Plaintiff seeks an extension of the discovery closure deadline to June 1, 2007.

This request is necessitated by Mr. Mauti's current medical condition and the surgery scheduled in Boston to address that medical condition. Both are described in detail in the attached Affidavit from Mr. Mauti, and the exhibits attached to the Affidavit. The details regarding his hospitalization, surgeries, and the course of rehabilitation and recovery were provided to Mr. Mauti during a January 9, 2007 pre-admission screening appointment in Boston. Affidavit of Charles Mauti, ¶¶ 7, 9 (hereafter "CM Aff.").

As set forth in his attached Affidavit, Mr. Mauti has suffered from degenerative disc disease for approximately 5 years. In 1996, he underwent a surgical procedure known as spinal fusion, during which the three vertebrae in his lower back were "fused" together in order to stabilize that portion of his spine. CM Aff. ¶ 3. Increasingly severe chronic back pain since the earlier surgery has necessitated a

second operation to be conducted at New England Baptist Hospital in Boston beginning on January 26, 2007. This procedure will involve two different operations, with surgeries on January 26th and again on February 13th, and may involve as many as eight vertebrae extending from his lower back into the thoracic area. CM Aff. ¶ 8. Mr. Mauti will be hospitalized in Boston from January 26th through the end of February. Id., ¶ 10. His stay in Boston may be prolonged past his discharge from the hospital if his doctor decides after the surgery that Mr. Mauti should begin the rehabilitation process with a stay at an in-patient rehabilitation center.

Mr. Mauti's level of pain currently ranges from a 9-10 out of 10, with 10 being the highest intensity. As a consequence of the pain, Mr. Mauti currently takes medication the potential side effects of which include nausea, vomiting, constipation, lightheadedness, dizziness, drowsiness, flushing, vision changes, and mental/mood changes. CM Aff. ¶ 12. The pain and the medication together leave Mr. Mauti unable to concentrate and think coherently for any sustained period. *Id.*, ¶ 13. While Mr. Mauti's doctor is hopeful that the surgery will significantly reduce the pain level, and the consequent need for pain medication, he understandably cannot give an estimate of how long it will take to notice such improvement until after the surgery. *Id.*, ¶ 14.

The stages of the recovery process for spinal fusion surgery, and the possible duration of each, are described generally in the brochure entitled "Spinal Fusion Surgery attached as Exhibit A at pages three and four. Because of his age and the extent of the planned surgery, Mr. Mauti can anticipate requiring more time for recovery and rehabilitation. In addition to his physical absence from Rhode Island beginning in little more than a week and lasting at a minimum through the end of

February, even if he is discharged at that point his activities and his mobility will be quite limited. Even after he is permitted to return home he will be required to participate in aftercare and rehabilitative programs that will consume a significant amount of time and require his full attention if he is to obtain the expected benefits of the surgeries. CM Aff. ¶ 18. Consequently, neither Mr. Mauti nor his doctor can currently estimate with any degree of certainty when he will be able to participate in and assist his counsel in matters related to this litigation.

The long period of hospitalization out-of-state, the possibility that he will have to stay in Boston after his discharge from the hospital in order to undergo rehabilitation, and the uncertainty about how long it will take after the operation for the pain to subside, together support Mr. Mauti's request that the discovery closure date in this case be extended to Friday, June 1, 2007. Should Mr. Mauti's condition after his surgeries and hospitalization be such as to suggest the need to either counsel for an extension beyond June 1st, counsel suggests that the Court set a deadline of Friday, May 11, 2007, for filing any Motion requesting an additional extension based upon Mr. Mauti's medical condition.

Charles Mauti
By his Attorneys,

/s/ John P. Gyorgy______________
John P. Gyorgy No. 3560
John R. Harrington No. 7173
Noel & Gyorgy LLP
50 South Main Street
Providence, Rhode Island 02903
(401) 272-7400
(401) 621-5688 (Fax)
JPGyorgy@LawNoel.com
JRHarrington@LawNoel.com

**Certification**

I hereby certify that on January 17, 2007, I sent a copy of the foregoing document to the following counsel of record by electronic noticing through the Court's ECF system:

Michael Collucci, Esq.
Olenn & Penza
530 Greenwich Avenue
Warwick RI 02886

/s/ John P. Gyorgy