# New England Baptist Hospital

## Discharge Instructions for Posterior Spinal Fusion

**Brace:** Brace should be worn at all times when out of bed unless otherwise stated by your physical therapist. Wear an undershirt under your brace. Change your shirt daily. Call physician if skin rash or breakdown occurs. Remove brace to shower- no tub baths.

**Body Mechanics:** Maintain proper body mechanics with all activities. No bending, twisting, or slouching. Maintain a straight back with all activities and do not twist at the waist.

**Lifting:** Do not bend over for anything on the floor. Do not lift anything above waist level and do not lift anything over 5 pounds. No heavy backpacks or shoulder/handbags.

**Sitting:** Avoid sitting in soft, low chairs. Sitting in a sturdy armchair is recommended. Sit 15-20 minutes at a time.

**Walking:** Walking is the only exercise recommended post-operatively. Begin slowly and gradually work up to 15-20 minute walks, 3-4 times a day. Work up to 5 miles a day. Use a cane for outside ambulation.

**Swimming:** If cleared by physician. There must be a ladder or stairs into the pool. Brace may be required while swimming.

**Housework:** Sedentary activities only. Do not do any household activities such as: bedmaking, sweeping, dishes, etc. until advised by physician.

**Employment:** Do not return to work until cleared by your physician.

**Driving:** Do not drive for the first 6 weeks post-op unless otherwise stated by your physician. You may ride as a passenger.

**Sleeping:** Sleep on your back with a pillow(s) under your knees or on your side with a pillow between your knees (knees bent). Use a flat pillow under your head. Logroll to get in and out of bed. Rest frequently throughout the day to avoid fatigue.

**Sex:** Resume when comfortable. If you have any questions, please consult your physician. Pregnancy may be discussed with your physician.

**Elastic Stockings:** If indicated, wear during the day for 2-3 weeks post-op. If feet or legs swell resume use and rest more frequently. Contact physician if calf pain develops.

**Physical Therapist** [signature] (617) 754-5500 **Pager #** ____________

**Patient** ____________________ **Date** 1/9/07

Any problems or questions please call (617) 754-5500.

RS 023

Exhibit C