ROOKS
harmacy #0034 Rx N-249670 - 00

*is medicine is a white, round-shaped,*
*ored, tablet imprinted with WATSON 749.*

**RUG NAME:** OXYCOD/APAP TAB 5-325MG
Continuation...)

lieve it. DO NOT EXCEED THE RECOMMENDED DOSE, ake this medicine more often, or for longer than prescribed ithout checking with your doctor. Exceeding the ecommended dose or taking this medicine for longer than rescribed may be habit-forming. If using this medicine for n extended period of time, DO NOT SUDDENLY STOP aking this medicine without your doctor's approval. When sing for an extended period, this medicine may not work s well and may require different dosing. Talk with your doctor if this medicine stops working well. THIS MEDICINE MAY CAUSE drowsiness or dizziness. Using this medicine alone, with other medicines, or with alcohol may lessen your ability to drive or to perform other potentially dangerous tasks. AVOID ALCOHOLIC BEVERAGES while taking this medicine. To minimize dizziness or lightheadedness, get up slowly when rising from a seated or lying position. To prevent constipation, maintain a diet adequate in fiber, drink plenty of water, and exercise. If you become constipated while using this medicine talk with your doctor or pharmacist. This medicine contains acetaminophen. Adults should not take more than a total of 4 grams of acetaminophen per day (3 grams per day if you have liver disease). Consult your doctor or pharmacist for more information. Acetaminophen may cause liver damage. If you drink alcohol on a daily basis, do not take this medicine without first discussing it with your doctor. Alcohol use combined with acetaminophen may increase your risk for liver damage (symptoms include yellowing eyes or skin, stomach pain, dark urine). BEFORE YOU BEGIN TAKING ANY NEW MEDICINE, either prescription or over-the-counter, check with your doctor or pharmacist This includes other pain relievers, cough-and-cold medicines, or allergy medicines. These medicines may contain additional acetaminophen. Taking too much acetaminophen can be harmful. Ask your pharmacist about the safe use of these products. CAUTION IS ADVISED WHEN USING THIS MEDICINE IN THE ELDERLY because they may be more sensitive to the effects of the medicine, especially the possible decreased breathing and drowsiness effects. FOR WOMEN: IF YOU PLAN ON BECOMING PREGNANT, discuss with your doctor the benefits and risks of using this medicine during pregnancy. THIS MEDICINE IS EXCRETED IN BREAST MILK. IF YOU ARE OR WILL BE BREAST-FEEDING while you are using this medicine, check with your doctor to discuss the risks to your baby.

**POSSIBLE SIDE EFFECTS:** SIDE EFFECTS, that may go away during treatment, include nausea, vomiting, constipation, lightheadedness, dizziness, drowsiness, flushing, vision changes, or mental/mood changes. If they continue or are bothersome, check with your doctor. CONTACT YOUR DOCTOR IMMEDIATELY if you experience slow/irregular breathing, slow/irregular heartbeat, or a change in the amount of urine. AN ALLERGIC REACTION to this medicine is unlikely, but seek immediate medical attention if it occurs. Symptoms of an allergic reaction include rash, itching, swelling, severe dizziness, or trouble breathing. If you notice other effects not listed above, contact your doctor, nurse, or pharmacist.

**BEFORE USING THIS MEDICINE:** Some medicines or medical conditions may interact with this medicine. INFORM YOUR DOCTOR OR PHARMACIST of all prescription and over-the-counter medicine that you are taking. DO NOT TAKE THIS MEDICINE if you are also taking naltrexone. ADDITIONAL MONITORING OF YOUR DOSE OR CONDITION may be needed if you are taking other medicines for pain, cimetidine, isoniazid, MAO inhibitors (e.g., furazolidone, linezolid, moclobemide, phenelzine, procarbazine, selegiline, isocarboxazid, tranylcypromine), anti-seizure medicines (carbamazepine, phenobarbital, phenytoin), anticholinergic medicines or antihistamines (e.g., hydroxyzine, oxybutynin, scopolamine). ADDITIONAL MONITORING OF YOUR DOSE OR CONDITION may be needed if you are taking other medicines which cause drowsiness including medicine for sleep (e.g., sedatives), tranquilizers, anti-anxiety medicines (e.g., diazepam), psychiatric medicines (e.g., phenothiazines such as chlorpromazine, or tricyclics such as amitriptyline), muscle relaxants, or antihistamines that cause drowsiness (e.g., diphenhydramine). DO NOT START OR STOP any medicine without doctor or pharmacist approval. Inform your doctor of any other medical conditions including liver or kidney disease, difficulty urinating, alcohol use, drug dependency, heart problems (e.g., slow/irregular heartbeat, very low blood pressure), abdominal/stomach problems (e.g.,

The information in this monograph is not intended to cover all possible uses, directions, precautions, drug interactions, or adverse effects. This information is generalized and is not intended as specific medical advice. If you have questions about the medicines you are taking or would like more information, check with your doctor, pharmacist, or nurse.

Copyright 2005 Wolters Kluwer Health, Inc. Information Expires June 2006
All rights reserved.

Exhibit D

BROOKS
Pharmacy #0034 Rx N-249670 - 00

*'his medicine is a white, round-shaped, 'cored, tablet imprinted with WATSON 749.*

**)RUG NAME:** OXYCOD/APAP TAB 5-325MG
Continuation...)

jallbladder problems), lung disease (e.g., asthma, chronic ıbstructive pulmonary disease), seizure disorders, serious ıead injury or brain disease, spinal problems, low thyroid lisease, adrenal gland problems, psychiatric problems, ıny allergies, pregnancy, or breast-feeding. USE OF THIS ИEDICINE IS NOT RECOMMENDED if you have a history of ;evere breathing problems, or severe diarrhea. Contact /our doctor or pharmacist if you have any questions or :oncerns about taking this medicine.

**)VERDOSE:** If overdose is suspected, contact your local ɔoison control center or emergency room immediately. Symptoms of overdose may include extreme drowsiness, weakness, fatigue, or loss of consciousness; slow, shallow ɔr abnormal breathing; persistent nausea/vomiting, stomach ɔain; slow heartbeat; cold/clammy skin, unusual sweating; and yellowing of the eyes or skin.

**ADDITIONAL INFORMATION:** If your symptoms do not improve or if they become worse, check with your doctor. DO NOT SHARE THIS MEDICINE with others for whom it was not prescribed. DO NOT USE THIS MEDICINE for other health conditions. KEEP THIS MEDICINE out of the reach of children and pets.

The information in this monograph is not intended to cover all possible uses, directions, precautions, drug interactions, or adverse effects. This information is generalized and is not intended as specific medical advice. If you have questions about the medicines you are taking or would like more information, check with your doctor, pharmacist, or nurse.

Copyright 2005 Wolters Kluwer Health, Inc. Information Expires June 2006
*All rights reserved.*