MJC:tsp 6615/8 \pleading\66158depoMAUTI.wpd

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CHARLES MAUTI :
:
VS. : C.A. NO. 06-61T
:
LAUREN MATARESE, ET AL :

**NOTICE OF DEPOSITION**

**DEPONENT:** Charles Mauti

**DATE:** January 26, 2007

**TIME:** 10:00 A.M.

**PLACE:** 530 Greenwich Avenue, Warwick, RI 02886

**DOCUMENTS REQUESTED:** None

Please take notice that the above oral examination will be conducted pursuant to Rule 26 of the Rhode Island Rules of Civil Procedure before an officer authorized by law to administer oaths. Said examination will continue from day to day until completed.

The deponent is to bring the requested documents for examination and copying.

DEFENDANT,
By Attorney,

Michael J. Colucci, Esq. #3302
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

Exhibit B

**CERTIFICATION**

I hereby certify that I forwarded a true copy of the within on 1/15/07 to:

John P. Gyorgy, Esq.
50 South Main Street
Providence, RI 02903

Allied Court Reporters
115 Phenix Avenue
Cranston, RI 02920

O&P

OLENN & PENZA

ATTORNEYS AT LAW - LLP

January 15, 2007

John P. Gyorgy, Esq.
50 South Main Street
Providence, RI 02903

Re: Westerly by Mauti
Our File No. 6615/8

Dear John:

I have enclosed a deposition notice for Mr. Mauti for Friday, January 26, 2007 beginning at 10 a.m. When we discussed this after Captain Matarese's deposition, I recall your client mentioning his back surgery as being scheduled at the end of the month. If it is more convenient, I can move the deposition earlier in the week. I know that you mentioned taking Mauti's deposition after his surgery, but I am just too concerned that our discovery closure date will not give me enough time for anything which might follow from Mauti's deposition. Therefore, I must do it sooner rather than later.

Very truly yours,

Michael J. Colucci
*mjc@olenn-penza.com*

MJC:tsp \letters\66158gyorgy8.wpd