MJC:ljc 6615/8 \pleading\66158ResponseReMotionforProtOrder.wpd

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CHARLES MAUTI | : | |
| | : | |
| VS. | : | C.A. NO. 06-61T |
| | : | |
| LAUREN MATARESE, ET AL | : | |

**DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR PROTECTIVE ORDER RE: DEPOSITION OF PLAINTIFF**

Plaintiff has sought a protective order for the taking of his deposition on January 26, 2007 or anytime prior thereto, and has supported his request with sworn affidavit testimony concerning his medical condition. The defense has no evidence to contest those medical assertions and therefore cannot, in good faith, object on that basis. However, if the Court is not inclined to extend the discovery closure date as requested by the plaintiff in his currently pending motion therefor, then your defendants would request a conference to see if the protective order could be limited in some fashion to permit, if possible, a "piecemeal-like" deposition of the plaintiff as permitted, if at all, by his medical condition.

Respectfully submitted,

DEFENDANTS,
By their attorney,

/s/ Michael J. Colucci
Michael J. Colucci, Esq. #3302
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

**CERTIFICATION**

I certify that I sent a true copy of the within on to:

John P. Gyorgy, Esq.
50 South Main Street
Providence, RI 02903

/s/ Michael J. Colucci