MJC:tsp 6615/8 \pleading\66158mtnTOcompelPROD.wpd

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CHARLES MAUTI | : | |
| | : | |
| VS. | : | C.A. NO. 06-61T |
| | : | |
| LAUREN MATARESE, ET AL | : | |

**DEFENDANTS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS**

Now come the defendants and move to compel a more complete response to their request for production "dated June 27, 2006" and filed on June 29, 2006. In support thereof, your defendants have attached a memorandum of law. Your defendants request a twenty day order in light of the fact that discovery is set to close on or about June 1, 2007.

DEFENDANTS,
By their Attorney,

/s/ Michael J. Colucci
Michael J. Colucci, Esq. #3302
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

**CERTIFICATE OF GOOD FAITH**

I hereby certify that I have in good faith conferred or attempted to confer with opposing counsel in an effort to resolve this matter prior to filing this motion.

/s/ Michael J. Colucci
Michael J. Colucci, Esq. #3302

**CERTIFICATION**

I certify that I sent a true copy of the within on April 5, 2007 to:

John P. Gyorgy, Esq.
50 South Main Street
Providence, RI 02903

/s/ Michael J. Colucci

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CHARLES MAUTI | : | |
| | : | |
| VS. | : | C.A. NO. 06-61T |
| | : | |
| LAUREN MATARESE, ET AL | : | |

**DEFENDANTS' MEMORANDUM IN SUPPORT OF MOTION TO COMPEL PRODUCTION**

On June 29, 2006, the defendants served a request for production upon the plaintiff which is attached hereto as Exhibit One. The plaintiff responded thereto, said response attached as Exhibit Two. For the convenience of the Court, your defendants have outlined those requests and related responses that are at issue.

**REQUEST NO. 1:** Any and all medical reports and bills from all physicians, hospitals or other medical institutions who have treated, examined or been consulted.

**RESPONSE:** These documents were produced as part of plaintiff's initial disclosures.

**INFORMATION SOUGHT:** This is not a proper response to the defendants' request as it does not identify what documents are being produced and, despite the fact that the plaintiff did produce medical records in his initial voluntary disclosure (never itemized), the defendants have no way of knowing whether or not the full extent of claimed related medical records have been produced. Accordingly, your defendants seek that plaintiff provide an itemized list of the medicals he intended to produce in response to this request or, in the alternative, that he duplicate his response with "beta stamp" identifying numbers on the documents with a corresponding response as to the numbered documents being produced.

**REQUEST NO. 11:** Any and all correspondence, both pre and post suit, by and between the parties and/or their representatives as it relates to the plaintiff's action against the Westerly Sun.

**RESPONSE:** These documents will be made available for inspection by defendant's counsel.

**INFORMATION SOUGHT:** Plaintiff has yet to produce records despite his response that he would make them "available for inspection". The defendants request that the plaintiff be compelled to make copies and forward them to the defendants.

**REQUEST NO. 13:** Any and all civilian complaints, complaints of misconduct, letters of protest, and the like filed within the last ten (10) years with any Human Rights Commission, Governmental Agency and/or the ACLU relating to the chief and/or any members of the:

a. Hopkinton Police Department;
b. The Westerly Police Department; and
c. Any other law enforcement agency.

**RESPONSE:** A copy of the Memorandum dated February 22, 2002 sent by Mr. Mauti to the Hopkinton Town Council will be produced.

**INFORMATION SOUGHT:** Plaintiff did not object to this request but merely stated that he would produce a copy of a single memorandum dated February 22, 2002 sent by plaintiff to the Hopkinton Town Council. Said document was never produced. Moreover, the request seeks much more than that and the plaintiff can be compelled to respond completely to the request as drafted.

**REQUEST NO. 14:** The last application made by the plaintiff for the renewal of his Arizona driver's license.

**RESPONSE:** Plaintiff does not have a copy of this document.

**INFORMATION SOUGHT:** The plaintiff may not have had a copy of this document when he initially responded to this request (August, 2006), he has now had ample time to obtain the same, given that he has the unique ability, with little effort, to obtain said documents. This is especially true in light of the fact that plaintiff's counsel, by way of letters dated October 19, 2006 and January 5, 2007 (Exhibits Three and Four) specifically asked the plaintiff obtain these documents.

**REQUEST NO. 17:** Any and all correspondence sent by or on behalf of the plaintiff, and any responses thereto, regarding alleged mistreatment of the plaintiff by the Town of Hopkinton, its police chief and/or any other of its employees.

**RESPONSE:** Objection. With the exception of the document referenced in response to Request 13, the request calls for documents that are themselves irrelevant and are not likely to lead to the discovery of any relevant evidence.

**INFORMATION SOUGHT:** Defendants seek to overrule the plaintiff's objection and compel a complete response to this request. Plaintiff's claim of irrelevancy is hardly legitimate given his ongoing assertions, throughout the litigation of this case, that the defendant, Matarese, acted in conspiratorial like fashion, the police chief from the neighboring town of Hopkinton.

Your defendants request a twenty day order in like of the fact that discovery is set to close on

June 1, 2007.

DEFENDANTS,
By their Attorney,

/s/ Michael J. Colucci
Michael J. Colucci, Esq. #3302
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

**CERTIFICATION**

I certify that I sent a true copy of the within on April 5, 2007 to:

John P. Gyorgy, Esq.
50 South Main Street
Providence, RI 02903

/s/ Michael J. Colucci