MJC:tsp 6615/8 \pleading\66158mtnTOcompelMORErespANStoIRROGS.wpd

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CHARLES MAUTI | : | |
| | : | |
| VS. | : | C.A. NO. 06-61T |
| | : | |
| LAUREN MATARESE, ET AL | : | |

**DEFENDANT, LAUREN MATARESE'S, MOTION TO COMPEL MORE RESPONSIVE ANSWERS TO INTERROGATORIES**

Now comes the defendant, Lauren Matarese, and moves to compel a more responsive answer to certain interrogatory questions addressed to the plaintiff as outlined in the attached memorandum of law. Your defendant requests a twenty day order in light of the fact that discovery is set to close on or about June 1, 2007.

DEFENDANT,
By her Attorney,

/s/ Michael J. Colucci
Michael J. Colucci, Esq. #3302
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

**CERTIFICATE OF GOOD FAITH**

I hereby certify that I have in good faith conferred or attempted to confer with opposing counsel in an effort to resolve this matter prior to filing this motion.

/s/ Michael J. Colucci
Michael J. Colucci, Esq. #3302

**CERTIFICATION**

I certify that I sent a true copy of the within on April 5, 2007 to:

John P. Gyorgy, Esq.
50 South Main Street
Providence, RI 02903

/s/ Michael J. Colucci

MJC:tsp 6615/8 \pleading\66158mtnTOcompelMOERrespANStoIRROGS.wpd

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CHARLES MAUTI :
:
VS. : C.A. NO. 06-61T
:
LAUREN MATARESE, ET AL :

**DEFENDANT'S MEMORANDUM IN SUPPORT OF MOTION TO COMPEL MORE RESPONSIVE ANSWER TO INTERROGATORIES**

On or about June 29, 2006, the defendant, Lauren Matarese, served certain interrogatory questions upon the plaintiff. Your defendant now seeks more responsive answers to the questions as outlined below.

**INTERROGATORY NO. 2:** State the name, address, date of treatment and costs of treatment for all medical care providers/facilities, including mental health care facilities, which provided services to you for any of the injuries alleged.

**ANSWER:** This information is contained in the medical records previously provided.

**INFORMATION SOUGHT:** The defendant is entitled to an answer to the question as asked. Merely stating that "this information is contained in the medical records previously provided" does not answer the question as the defendant has no way of knowing which healthcare providers and related treatment the plaintiff is claiming is related to the alleged injury sustained. Moreover, the "medical records previously provided" were never itemized or identified as noted in the defendant's motion to compel filed concurrently with this motion. In short, the defendant is entitled to have her interrogatory answered as asked so that she can note what injuries and treatment the plaintiff is purporting to related to this incident.

**INTERROGATORY NO. 12:** State the name and last known address(es) of all witnesses known to you who have witnessed any parts or portions of the alleged incident and/or who might otherwise have knowledge of the same. If said individuals are related to you by blood or marriage, please so state the relationship.

**ANSWER:** Defendants Matarese and Brancato. Town Hall, Westerly, RI.

**INFORMATION SOUGHT:** The defendant requests an updated response to this interrogatory if applicable. During various phases of this litigation (in particular plaintiffs' motion and argument related to his motion to compel documents from the defendants), plaintiff made reference to alleged conspiratorial like conduct between one or more of the defendants

and officials from the Town of Hopkinton. Plaintiff's counsel has suggested that witness exist to confirm the same. If there are any such witnesses to said alleged conduct, then the plaintiff ought to list them here in response to this question.

**INTERROGATORY NO. 14:** Describe all injuries, mental and physical, allegedly sustained in this incident, including in your answer the duration of each and when partial and full recovery was made.

**ANSWER:** See my response to interrogatory 4. The medical condition referred to in that answer is described in the medical records previously provided.

**INFORMATION SOUGHT:** For the same reasons identified above, the defendant is entitled to a full and complete answer to her question.

DEFENDANTS,
By their Attorney,

/s/ Michael J. Colucci
Michael J. Colucci, Esq. #3302
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

## CERTIFICATION

I certify that I sent a true copy of the within on April 5, 2007 to:

John P. Gyorgy, Esq.
50 South Main Street
Providence, RI 02903

/s/ Michael J. Colucci