**Exhibit B**

New England Baptist Hospital

IMPROVING MOBILITY

# Spinal Fusion



Spinal Column
(Back View)




Spinal Column
(Side View)

## Table of Contents


**Spinal Fusion** . . . . . . . . . . Pages 1 - 2
- Anatomy
- Anatomical Illustration

**Common Spine Problems** . . . . . . . . . . Page 3
- Spondylosis
- Spondylitis
- Spinal Stenosis
- Degenerative Disc Disease
- Spondylolysis & Spondylolisthesis

**Surgery** . . . . . . . . . . Page 4
- Posterior Fusion
- Anterior Fusion

**Preparing for Spinal Fusion Surgery** . . . . . . . . . . Pages 5 - 10
- Pre-operative Classes
- Preadmission Screening
- Blood Donation
- Prior to Surgery
- Tips for Getting Yourself Ready
- Discharge Planning
- Case Management Team
- Remember to Bring to the Hospital
- Things You May wish to Bring to the Hospital
- Durable Medical Equipment (DME)
- The Day Before Surgery
- Just Before Surgery

**Right After Surgery** . . . . . . . . . . Pages 11 - 15
- First Day After Surgery
- Testing
- Treatment
- Physical Therapy
- Activity


. . . *continued*

*Table of Contents . . . continued*

**Right After Surgery** *. . . continued*
- Diet
- Medication
- Discharge Planning
- Second Day After Surgery
- Activities
- Third and Fourth Days After Surgery

**Recovery from Spine Surgery at Home** . . . . . . . . . . . . . . . . . . . . . . Pages 16 - 19
- First Few Weeks
- Household Tips from Occupational Therapy
- Bathroom Tips
- Later On As You Fully Recover
- Warning Signs
- Follow-up Care
- Understanding the Risks
- Potential Complications Include
- Recovery

**Frequently Called Numbers and Parking Information** . . . . . . . . . Page 20

**Appendix: Healthy Eating Tips** . . . . . . . . . . . . . . . . . . . . . . . . . . . Pages 21 - 22
- Food Guide Pyramid

**Appendix: Lifting Techniques** . . . . . . . . . . . . . . . . . . . . . . . . . . . Pages 23

As a patient considering spine surgery you probably have many concerns and questions. This booklet will help to prepare you for what to expect before, during and after your surgery. This information is general and is not a substitute for contacting your physician for specific advice.

## Anatomy

The spine or vertebral column is composed of 24 individual bones called vertebrae. The vertebrae stack up, one atop the other and are held together by muscles and ligaments. Between the vertebrae are soft cushions called discs. The discs act as shock absorbers as you move. Each disc is composed of a gelatinous inner portion (nucleus) and circular bands of cartilage which surround it (called the annulus.) The spine has natural curves when viewed from the side. These curves round the shoulders and make the lower back curve slightly inward. The areas of the spine are designated by their position within the body; i.e., cervical, thoracic and lumbar. The spine's function is to provide mobility and stability to the torso (upper body) and to protect the spinal cord.

***Vertebra* --** Each vertebra has two major parts: the vertebral body and a posterior ring of bone which forms the spinal canal. This ring is made up of the lamina, the spinous process and the pedicle. (See diagram on page 2.)

- Vertebral Body -- Bony portion that bears most of one's body weight and absorbs much of the stress of normal daily activities.
- Posterior Ring -- This includes:
  *Lamina* -- A thin piece of bone behind the vertebral body which extends on both sides of the spinous process and protects the spinal cord.
  *Spinous Process* -- A bony prominence where lamina meet, attached to muscles and ligaments.
  *Pedicle* -- A portion of the posterior spine arising from the vertebral body.

***Intervertebral Disc* --** Intervertebral discs, made up of a gelatin-like material in the center (nucleus) surrounded by a tough outer ring (annulus), act as shock absorbers between each vertebra. (See diagram on page 2.)

## Normal Vertebra and Intervertebral Disc



## Common Spine Problems

### Spondylosis

Arthritic changes that may be seen in the vertebrae due to aging.

### Spondylitis

Inflammation of the vertebrae.

### Spinal Stenosis

A narrowing of the spinal canal which leads to pressure on the nerves, causing pain. This is often a result of arthritis and/or degenerative disc disease.

### Degenerative Disc Disease

All intervertebral discs change with age. The change may include loss of fluid or drying of the nucleus and the weakening or tearing of the annulus fibrosis. Through these changes, the discs become less effective as shock absorbers for the spine. A disc with degenerative changes may bulge. Herniated disc (ruptured disc) occurs when the annulus of a bulging disc tears, allowing the nucleus to squeeze forth or rupture. Occasionally, a rupture can put pressure on a nerve. Such pressure on a nerve usually causes back pain which can be accompanied by sciatica (pain running along the course of the sciatic nerve, which passes through the buttock, down the leg, and into the foot). A herniated disc can occur suddenly or gradually from many types of forces and movements, i.e., repeated bending, lifting, etc. Herniations are also referred to as ruptured, slipped or protruded.

### Spondylolysis & Spondylolisthesis

A slip or crack in the vertebra causes excessive movement or slipping of one vertebra on another. This causes spinal instability. Excessive movement produces increased wear and pressure on the vertebrae causing back pain, or may pinch nerves causing leg pain (such as sciatica).

## Surgery

Surgery is done to stabilize the vertebrae to relieve any pressure on nerves. To accomplish this your surgeon will perform a spinal fusion. The position of the vertebrae will be stabilized and the bones will be fused together. This fusion is achieved by adding bone graft to the vertebral bones that will heal together to form a solid mass. The bone graft used is often obtained from your pelvis, the iliac crest. This may be done through the same surgical incision. You may experience some initial discomfort from the bone graft site following surgery. Often hardware (screws, plates or cages) may be used with the bone graft to provide further stability as the fusion heals.

### Posterior Fusion

In a posterior fusion the spine may be operated on from the back. If you are undergoing a posterior fusion, the incision will run straight down the middle of your back.

### Anterior Fusion

If you have an anterior fusion the spine is operated on from the front—through your abdomen. You may have a nasogastric tube (NG tube) that passes through your nose to your stomach, draining stomach contents to prevent nausea or vomiting. This may stay in place for one to two days after surgery.

During your surgery you will be placed on a special surgical table with gel pad cushions to minimize pressure on your thighs, chest and face. After surgery, however, some patients feel thigh discomfort which will fade within a few days.




**Posterior Lumbar Spinal Fusion**

Major surgery may initially seem overwhelming. Talk things over with those close to you and let them know how they can help. Also find out what you can realistically expect of them.

Because of the need to rest properly after surgery, your post-surgical activities are limited. You will be able to take care of your own bodily needs, **but not the needs of others.**

## Pre-operative Classes

A team of orthopedic healthcare professionals at the hospital provide classes to assist patients and their families in preparing for the overall surgical experience. Your physician **strongly** encourages participation in the class. Your surgeon or you can schedule yourself for the class.

## Preadmission Screening

In order to assess your overall health and readiness for surgery, your physician's office will schedule an appointment during the month prior to surgery for a preadmission screening visit. (It is extremely important that you keep this appointment. If you need to reschedule this appointment for emergency reasons please call 617-754-5732). You will meet with a nurse practitioner to have a history and physical examination and receive instructions for your surgery. Testing such as blood work, electrocardiogram and x-rays will be done. The nurse practitioner will also do a "special assessment" to check your reflexes and sensation in preparation for surgery. In preparation for surgery, you will be instructed to use an anti-bacterial soap for two days before surgery on the area of your back where your incision will be made. You will meet a member of the anesthesia department to discuss your anesthesia. A member of the Case Management department will discuss your recovery and rehabilitation options with you.

***Preadmission screening can take up to three hours.*** More time may be needed if additional testing has been ordered or if consultation with a specialist is needed. Please plan to arrive at the hospital twenty minutes before your appointment to register in the Admitting Department.

***Please bring the following with you to preadmission screening:***

- A complete list of your medications and dosages including over-the-counter products; It is vitally important to discuss with your nurse practitioner and anesthesia staff all medications you are currently using, especially any pain medications, muscle relaxants, mood elevators or antidepressants and sleeping aids as well as the amount, frequency and use of alcohol.
- The name and telephone number of your primary care physician or specialist
- Information about any allergies to medications, food or environment
- Records from your physician's office, if you have had a medical work-up in the last 6 months
- Anesthesia records, if you have had problems with anesthesia in the past
- Any pertinent information about your insurance plan/policy, i.e., names and telephone numbers of any key contact people or case managers
- Completed information as instructed in your Pre-Admission Screening Packet; Your doctor will give this packet to you.

***Other important information about your preadmission screening appointment:***

- Please eat before coming in for your appointment.
- Take your regular medications the day of your preadmission screening appointment.
- Appointments with the blood bank are not a part of the preadmission screening appointment and need to be made directly with the blood bank.

**Blood Donation**

Spine surgery usually requires a transfusion of two or three pints of blood during or after surgery. Your physician may recommend that you donate your own blood for transfusion during and after surgery. This is an autologous donation. Each donation will be made on a separate visit. It is recommended that you try to schedule one of your blood donations approximately one hour before your preadmission screening appointment. Please eat a well-balanced meal prior to your blood donation appointment. People who are anemic or over the age of 85, are not eligible to donate autologous blood. It is possible for a friend or family member with the same blood type to be a "direct donor" for you. Your preadmission screening nurse can help with the arrangements.

We prefer that you donate your blood at the New England Baptist Hospital (NEBH) Blood Bank. You can reach the Blood Bank at (617) 754-5180 to schedule an appointment. If this is a major inconvenience, you may donate at your local American Red Cross office. They will send your blood to NEBH prior to your operation.

### Prior to Surgery

If you smoke, you should stop prior to surgery to help decrease the chance of post-operative lung complications (such as pneumonia). Also, **smokers have a higher rate of fusion failure.**

### Tips for Getting Yourself Ready

- Treat yourself well.
- Eat well-balanced meals. Do not attempt any major weight changes at this time. To assist healing after surgery your focus should be on healthy eating and weight maintenance. (Refer to the Food Pyramid located in the appendix.)
- Prepare your home and bathroom prior to surgery. (See occupational tips in the back of the book.)
- Cut back or, even better, eliminate alcohol. Your surgeon needs to know if you drink alcohol on a daily basis.

### Discharge Planning

When planning for your surgery, it is important to make arrangements for when you are discharged from the hospital. Find out from family and friends how they will be able to assist you with shopping, errands, cleaning, laundry etc. Arrange for transportation home from the hospital. Discharge usually occurs at 10 a.m. daily.

### Case Management Team

A team composed of a nurse and social worker will work with your physician and you to coordinate services while you are hospitalized and assist in planning for your discharge.

You will have an opportunity to speak with a member of the Case Management

Department during preadmission screening as well as during your hospital stay. If you have any further questions or concerns regarding planning for your discharge home, please contact the Case Management department at (617) 754-5050.

Throughout the preadmission process and your hospital stay, the healthcare team is available to discuss appropriate discharge options. Most patients are able to return directly home after hospitalization. If a patient requires a rehabilitation setting prior to going home, the case management team will assist with the arrangements. Eligibility for care in an inpatient rehabilitation facility and/or home care services is determined by a number of factors including physical need, availability of resources and insurance coverage. It is advised that you contact your insurance company prior to admission to determine your eligibility for various rehabilitation options. (Since the requirements and procedures are different for each plan, you should check with the Human Resources Department/Personnel Office where the subscriber works or directly with the insurance provider).

### Remember to Bring to the Hospital

- Signed Surgical Consent
- X-rays and lab reports (if not done at NEBH)
- Health Care Proxy
- Your Pre-op Teaching Booklet
- List of medications
- Back brace if you have one
- Cane if you have one

### Things You May Wish to Bring to the Hospital

- Mints or lifesavers
- A "walkman" type tape/CD player with earphones
- Low-heeled, supportive shoes: sneakers, walking shoes preferably with laces
- Loose, comfortable clothing such as shorts, tee shirts, short robes, culottes, housecoats, sweatpants without elastic cuffs
- A familiar reminder of home

- A charge card or telephone card if you wish to make calls beyond the 617 area code following surgery
- A check or credit card to pay for durable medical equipment or ADL kits, you may need for home that is not covered by insurance

## Durable Medical Equipment (DME)

Durable Medical Equipment is equipment, such as a raised toilet seat or shower bench, which will assist you in maintaining safety and independence. A DME coordinator, who is a certified occupational therapy assistant, is available to discuss your equipment needs. Insurance does not always cover DME. It is available to be purchased or ordered at the hospital or you may be able to borrow from a friend. If you have any questions regarding DME, please feel free to contact the hospitals DME Coordinator at 617-754-5789.

## The Day Before Surgery

The day before surgery you may need to alter your diet. It is important to eat only light meals the day before surgery. You will be instructed not to eat or drink anything after midnight the night before your surgery. During your prescreening appointment ask about your pre-surgery nutrition guidelines. The nurse practitioner will discuss the importance of having a bowel movement the day before or the morning of surgery.

## Just Before Surgery

Admission usually occurs the morning of your surgery. A nurse in the preoperative area, The Bond Center, will coordinate your preparation for surgery which includes:

- Checking vital signs (temperature, pulse, respirations, and blood pressure)
- Insertion of an intravenous line (IV) into a vein in your arm or hand
- Meeting your perioperative team, which includes a nurse, anesthesiologist or nurse anesthetist, residents and fellows who will be assisting your surgeon; If you haven't already done so, you will be asked to sign your anesthesia consent.
- You will be asked questions regarding any allergies, the site of your operation, when you last ate and drank, medications, and any changes in your health status.

- You may be given some medication to help you relax before being transported on a stretcher to the operating room.
- The operating room is cold. Warm blankets will be given to you after you are placed on the OR table.
- Anesthesia will attach monitoring equipment and you will be given medication to sleep.

## Right After Surgery

After surgery, you will go to the recovery room, called the Post Anesthesia Care Unit (PACU), for specialized care until you are awake and alert. Because you share the PACU with other post-surgical patients, it is not unusual to hear unfamiliar background noises. You may experience chills as you awaken. This is normal. Your nurse will help make you comfortable. Your nurse will also be checking your vital signs frequently. A catheter may be inserted into your bladder to drain your urine. Your arms, legs, and feet will be checked for feeling and movement; your nurse will ask you to wiggle your fingers and toes. In order to ensure your privacy and the privacy of others, family members are not allowed to visit in the PACU.

Please let the nurse know if you are feeling pain. Pain medication will be available for you. The nurse will ask you to rate your pain on a scale of 1 to 10, 10 being the worst. Sometimes pain can be constant or intermittent. Pain can be sharp, burning, tingling or aching. Please be prepared to describe your pain so we can manage your pain at an acceptable level.
Many patients are able to control their own pain medication through a Patient Controlled Analgesia (PCA) pump. This machine allows you to medicate yourself by pressing a button on the device. When you push the button, a small dose of pain medication will infuse through your intravenous (IV) line. If you need more medication, you simply push the button again. The pump is programmed with safety features that prevent a patient from overmedicating him or herself. The nurse will monitor you closely for your response to the medication. **Family and friends should never touch the PCA button.** Pain management is an important aspect of a steady recovery. The patient, nurse and physician are equally involved in developing an appropriate pain management regimen for each patient. Management of pain is essential to allow you to be comfortable enough to increase your activity level and participate in physical therapy.

To prevent a blood clot or Deep Vein Thrombosis (DVT) in the veins of the leg, you will have balloon-like stockings around each calf to enhance your circulation. You also will be instructed to do ankle pumps (bend you feet toward you and away from you). You will be expected to perform this exercise ten times an hour while awake.

To help prevent lung problems, you will be instructed to exercise your lungs by taking

deep breaths. When you experience drowsiness from the anesthesia or from pain medication, your normal breathing pattern can change. Therefore you will be provided with an incentive spirometer and educated on its use by the nursing staff. Using the incentive spirometer will force you to take deep breaths that are necessary to expand the small air sacs of your lungs and help clear the passage of mucous. We recommend you use your spirometer ten times every hour while awake for the first several days.

You will be transferred to a patient care unit when you are fully awake. Your post-operative care is managed by the health care team that includes a physician (MD), nurse (RN), physical therapist (PT), occupational therapist (OT), dietitian (RD), case manager (CM) and social worker (MSW). You, however, are the most important member of the team. Don't be reluctant to ask any member of the team to help make you comfortable.

Your vital signs, oxygen levels, and the feeling and movement in your arms and legs will continue to be checked frequently. Any numbness or tingling you had before surgery may not be gone when you awaken. Nerves that have been irritated take time to return to normal. Pain medication is readily available to help keep you comfortable. Let your nurse know how the pain medication is working. You will be positioned on your side and on your back with assistance.

### First Day After Surgery

Daily routines may vary from patient to patient according to the patient's ability, surgeon preference, and complexity of surgery or overall medical condition.

#### Testing

You may need to have blood drawn the first few days to determine your need for additional blood transfusions.

#### Treatment

Your nurse will be checking the circulation and motion of your legs and feet. The dressing on your incision may be changed. You may continue to receive intravenous fluids for the first two days.

## Physical Therapy

After any type of spinal surgery, there must be a period of healing. Muscles, ligaments, and bones are responsible for the strength and support of your spine and need time to become stronger to assist with protecting your back postoperatively. You must be motivated to take an active role in your recovery by participating in physical therapy. An important part of physical therapy is educating the patient and families what to do at home, so that the healing process will continue. Your therapist will set up goals for you to meet, prior to discharge home, which include the following:

- Independent with bed mobility – ability to roll and move in bed
- Independent with transfers – ability to transition from different surfaces, i.e. lying down to sitting, sitting to standing, moving from bed to chair or commode
- Independent with gait – ability to walk on level surfaces with or without a device (walker, cane)
- Independent with stair climbing
- Independent with body mechanics
- Independent with your home activity program
- Independent with brace application

## Activity

Your first day after surgery, postoperative day one, is when you will meet with your physical therapist and your rehabilitation will begin. Your therapist will begin instructing you on how to log roll to the edge of the bed. Log rolling is an essential concept that protects your back from twisting. To logroll, imagine that your back is rigid (like a log) and that your shoulders, trunk and hips are one unit. With all activities you should maintain this position, and like a log, should not bend or twist. After you have logrolled to the edge of the bed, you will sit (dangle). Your therapist may bring a walker for you to use when you stand up and begin to take your first steps. Many patients look forward to moving to help prevent stiffness. You will be assisted out of bed at least three times a day. Body mechanics will continually be reinforced. All of your daily activities should avoid the following:

- No bending: Avoid bending forward at the waist. Use your strong legs to bend at your knees while maintaining a straight back.

- No twisting: Twisting can cause increased stress and torque on your back. Avoid twisting in bed or while sitting or standing to avoid injury.
- No lifting: After surgery, you should not carry items more than 5 pounds (about one gallon of milk). Never reach above or below to pick up items.

### Diet

Your physician orders your diet. Recovery from anesthesia varies from person to person. Your diet is adjusted, starting with liquids and advancing to solids, as your intestinal function returns to normal.

### Medication

Antibiotics, given intravenously for the first 24 hours, help prevent infection. You will continue on the PCA pump for pain control. If you are uncomfortable, tell your nurse. Daily medications you take at home may be resumed at the discretion of your physician.

### Discharge Planning

A member from the Case Management Department will review your tentative discharge plan. This is the same plan that was discussed with you prior to surgery but may be changed according to how you progress. Your case manager will refer you to a rehabilitation facility or for home services if indicated.

### Second Day After Surgery

The intravenous line may be removed and if you have a urinary catheter, that is often removed too. Pain medication may be changed to an oral pill. The doctor may order you pain medication to be given as needed with specific time frames. Please ask your nurse how frequently it is ordered so you can continue to manage you pain effectively.

### Activities

With the assistance of the physical therapist and nurse, you will increase your ability to walk using a walker or cane, and continue with your exercise program. Your physical therapy will continue to progress with emphasis on ambulation, strength and

independence.

You will meet with an occupational therapist who will work with you to help you gain independence in all activities of daily living. The occupational therapist may recommend additional equipment (DME) for your bathroom and other devices, which will help you to be safe and independent. They will develop a program to help you perform tasks you may want and need to do upon return to home.
This includes:

- Getting in and out of the tub/shower safely
- Moving around your home environment, including item transport, especially in your kitchen
- Self care with dressing using devices if you are unable to reach your feet
- Resuming work/leisure activities
- Coping strategies for changed circumstances and stress management techniques
- Addressing the psychosocial implications, if any, of the post-operative period

Please refer to the back of the book for additional tips from the Occupational Therapy Department

**Third and Fourth Days After Surgery**

Your activity will continue to progress. You physical therapist will make certain you are able to walk independently on stairs and flat surfaces. When you have reached your goals, you will be ready to go home. Prior to your hospital discharge, you will receive instructions from your doctor, nurse, physical therapist, occupational therapist, and social worker to continue once home.

### First Few Weeks

Until you see the doctor for your follow up appointment:

- Walk as directed by your therapist. Continue the outlined schedule of activity.
- Walk as much as possible - a goal being a total of four to five miles each day should be reached by six weeks after surgery.
- Pay attention to good body mechanics.
- Wear brace if ordered.
- Avoid twisting your back, or lifting more than 5 pounds.
- Your therapist will review any limitations in sitting time.
- Driving is not allowed unless told otherwise by your surgeon.
- Allow yourself time to rest throughout the day.
- Continue to monitor your bowel function while taking pain medication.
- A prescription for pain medicine will be given to you prior to discharge.
- Often people inquire when it will be safe to resume sexual relations. Usually this can be soon after returning home. You are encouraged to lie on your back and take a less active role for the first four to six weeks. You may need to wear your brace. Ask your nurses, physical therapist or physician for advice. Your partner may have concerns about causing pain or injury. Speak honestly together. Sometimes it takes time to feel pleasure when you have been guarding your body from pain. Be patient with yourself. Let comfort be your guide.

### Household Tips from Occupational Therapy

The following are a few helpful tips for you to keep in mind when doing things around the house. Please share this information with family or friends before and after surgery.

- Put clothes and necessary items in top drawers to avoid unnecessary bending.
- Store frequently used items between waist and shoulder level. Do not stand on your tiptoes or bend excessively to reach for things. Use your reacher to do this whenever possible.
- To move an item from one part of the counter to the other, simply slide it along the countertop. If the item is hot, place a potholder under it.
- If possible, move your kitchen table close enough to the counter so you can easily

pass items back and forth without twisting.

- Put kitchen utensils (pots, pans and detergent) within easy reach, i.e. counter top.
- Stock freezer with ready to eat foods.
- Refrigerated items should be placed on the top shelves. Use your reacher for items that are in the back, on low shelves, and to open crisper drawers. Items in plastic bags are easier to pick up with the reacher. You should position yourself as close as possible to the item you want.
- Lighter weight/single serving items are easier to handle than large containers.
- Use only stovetop or counter level appliances to prepare foods. Do not use low ovens or attempt to load the bottom rack of a dishwasher.
- Keep your trashcans accessible.
- Remove all scatter rugs.
- Make sure all doorways are clear and accessible.
- If you have equipment such as a commode or tub seat, take it out prior to surgery to make sure that it is in good working order.
- Buy a cordless phone.
- Have a firm chair with arms at least the height of your knees so you can sit with feet flat and hips flexed at 90 degrees.
- If you have a railing for your stairs make sure it is secure. If you do not have a railing, consider having one installed prior to surgery.
- A ground floor bedroom is ideal, but if your bedroom is upstairs you will be taught to negotiate stairs with care.

### Bathroom Tips

- If you are over 5 feet tall you may need a raised toilet seat or commode.
- Secure bathmats.
- In the tub/shower, it is important to have a non-slip mat on the floor and grab bars on the walls to prevent falls. Grab bars should be installed by a professional and bolted into studs in the wall.
- **Do not** use towel bars, soap dish handles, shower curtain rod, or toilet paper dispensers for support when getting in and out of the shower or off the toilet.

- Always make sure there is no water on the floor when stepping in or out of shower. If necessary seek help to dry area before attempting to enter/exit the shower. If you live alone, use a mop to dry the area.
- Sitting down to dry off after showering is recommended. Simply putting on a terry cloth robe can reduce your drying time and requires less energy. Remember that showering after surgery will be more tiring than before.
- It is important that you are able to reach your soap, shampoo, washcloth, and long handled sponge in the shower without excessive bending. For a 'homemade' soap on a rope, take a pair of panty hose and put a bar of soap in the leg. Tie off the other end to a tub seat or soap dish.
- A hand-held shower makes rinsing off easier. These can be purchased at most discount stores and are relatively inexpensive.
- Use a tub/shower chair as recommended by your occupational therapist

## Later On As You Fully Recover

With your physician's permission you will gradually increase your general activity and exercise, which could include specific back exercises as directed by the physical therapist. Running, jumping, and jogging, however, are detrimental to the longevity of your spinal fusion and are not advised.

## Warning Signs:

Call your doctor if you experience any of the following:

- redness
- swelling or drainage from your incision
- fever of 100 degrees or higher
- persistent pain unrelieved by pain medication
- increased numbness or tingling of the legs
- persistent constipation or inability to move your bowels, nausea or vomiting
- increased swelling of your feet/lower legs

## Follow-up Care

Your physician will want to see you to monitor your progress. Ask your doctor about

specific care plan.

If you have any concerns, express them. If you have any questions, write them down to help you remember to ask them. Please be honest about your condition and your needs. Your health care team is concerned about you and your comfort.

### Understanding the Risks

Great care is taken to reduce post-surgical complications. However, there are certain risks involved. Your role is important. Please report any health or physical changes you experience to your physician or nurse practitioner.

### Potential Complications Include

Infection could occur despite sterile operative procedures. You will receive antibiotics before, during and following surgery as a preventive measure.

Leg blood clots occur in a small percentage of surgical patients. Exercises, early ambulation, and special stockings reduce the risk.

Other risks common to any surgery include anesthesia complications, damage to nerves, veins or arteries, and excess strain on the heart and lungs.

A possible intestinal complication of surgery is paralytic ileus or temporary interruption of normal intestinal function (peristalsis). If this should occur, your physician will order no food or drink by mouth (NPO) and may insert a stomach tube until normal function has returned. Eating light meals the day before surgery helps to avoid paralytic ileus.

### Recovery

Recovering from spine surgery requires a significant commitment from you. You will be discharged from the hospital when all the members of your team feel you are medically ready, meaning all of the goals have been met and you will be safe in your home environment. Following discharge it is important to continue with your individualized recovery plan as developed by your doctor, nurse and physical therapist.

## Frequently Called Numbers and Parking Information

**New England Baptist Hospital, 125 Parker Hill Avenue, Boston, MA 02120:**

1 - 800 - 340 - 6324 (Toll-free, in-state)
1 - 617 - 754 - 5800 (Hospital switchboard)
1 - 617 - 754 - 5123 (TTY phone line)

**Departments and phone numbers that may be helpful:**

| | |
|---|---|
| Amenities (guest rooms) | (617) 754 - 5173 |
| Dietitian | (617) 754 - 5353 |
| Orthopedic Nurse | (617) 754 - 5413 |
| Orthopedic Office | (617) 754 - 5413 |
| Physical/Occupational Therapy | (617) 754 - 5500 |
| Preadmission Screening | |
| New England Baptist Hospital | (617) 754 - 5495 |
| 830 Boylston Street | (617) 754 - 5492 |
| Case Management | (617) 754 - 5050 |
| Pre-operative Teaching Classes | (617) 754 - 5732 |
| Blood Bank | (617) 754 - 5210 |
| Directions to NEBH | (617) 754 - 5995 |
| DME Coordinator | (617) 754 - 5789 |
| Valet Parking | (617) 754 - 5395 * |

*** Long Term Parking for Patients and Visitors**

One week parking passes may be purchased at the valet booth located next to the main entrance. Passes are available Monday through Friday, 8 a.m. to 5 p.m. If you have any questions or concerns, please call the valet staff at 617-754-5395.

## Appendix: Healthy Eating Tips

1) See the Food Guide Pyramid on the following page.
2) Do not attempt major weight change at this time!
3) Make plans now to work on permanent weight management when you are at home after surgery.

### Base of the Pyramid

Bread, cereals, rice and pasta — all foods from grains — are found in the base of the Pyramid. These are the foundations of a healthy diet.

#### Middle of the Pyramid

Vegetables and fruits — plant foods — supply necessary vitamins, minerals and fiber. Most people need to eat more of these foods.

Milk, yogurt, cheese, and meat, poultry, fish, dry beans, eggs and nuts are important for protein, calcium, iron and zinc. Choosing the lower fat options will provide these nutrients with fewer calories from fat.

Drink at least eight cups of non-caffeinated beverages each day. Water is best, but juice, milk and flavored drinks also supply fluid.

#### Top of the Pyramid

The small tip of the Pyramid shows fats, oils and sweets. These are foods such as salad dressings, oils, cream, butter, margarine, sugars, soft drinks, candies and sweet desserts. These foods provide calories but little or no vitamins and minerals. Most people should use them sparingly.

# Food Guide Pyramid: A Guide to Daily Food Choices



## Appendix: Lifting Techniques

Please confer with your physician before attempting.

1) Test the load before lifting.
2) Keep your back in the three natural curves.
3) Use your legs to do the work.
4) Lift slowly and steadily.
5) Avoid twisting.
6) Move the object as close as possible.
7) Use all the hand to grasp.
8) Turn with your feet instead of twisting your trunk.
9) Push instead of pulling whenever possible.



*Revised 10/01*