**Exhibit C**




Charles M. Manti