**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**CHARLES MAUTI,**

**v.** **CA NO. 06-61T**

**LAUREN MATARESE, *ET AL.***

**PLAINTIFF'S ASSENTED TO MOTION TO EXTEND DISCOVERY CLOSURE DATE**

Plaintiff hereby requests that the Court extend the discovery closure date from June 1, 2007 to September 1, 2007, and that the related dates and deadlines set forth in the Court's Scheduling Order and Pretrial Order be reset accordingly.

This Motion is based on the attached Memorandum, Affidavit of Charles Mauti, and the Exhibits attached thereto. Counsel for Defendants has authorized undersigned counsel to represent to the Court that he assents to the Plaintiff's request.

Charles Mauti
By his Attorneys,

/s/ John P. Gyorgy
John P. Gyorgy No. 3560
John R. Harrington No. 7173
Noel & Gyorgy LLP
50 South Main Street
Providence, Rhode Island 02903
(401) 272-7400
JPGyorgy@LawNoel.com

**Certification**

I hereby certify that on May 4, 2007, I sent a copy of the foregoing document to the following counsel of record by electronic noticing through the Court's ECF system:

Michael Collucci, Esq.
Olenn & Penza
530 Greenwich Avenue
Warwick RI 02886

/s/ John P. Gyorgy