**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**CHARLES MAUTI,**

**v.** **CA NO. 06-61T**

**LAUREN MATARESE, *ET AL.***

**AFFIDAVIT OF CHARLES MAUTI**

Having been duly sworn, Charles Mauti states as follows:

1. Until January 2007, I have actively assisted and participated with my counsel in most activities in this litigation.

2. For the past five years I have had what is known as degenerative disc disease. In 1996, I underwent a surgical procedure known as spinal fusion, during which several vertebrae in my lower back were "fused" together in order to stabilize that section of my spine.

3. After my earlier surgery the discs in my spine above the earlier fusion continued to deteriorate. Since late 2004 I have suffered from increasingly severe and chronic back pain.

4. In early 2005, I was referred to Frank F. Rand, M.D., of Boston, an orthopedic surgeon specializing in spinal surgery. Dr. Rand advised another spinal fusion operation that would encompass the area of the earlier surgery and extend further up my spine.

5. On January 26, 2007, and again on February 13, 2007, I underwent two major surgeries performed by Dr. Rand at New England Baptist Hospital in Boston. Because of the extent of the area of my spine that had to be fused, I had a posterior fusion operation on January 26th, 2007, and an anterior fusion operation on February 13th. Two brochures describing the procedures and the post-operative recovery and rehabilitation process are attached to this Affidavit. Exhibit A describes the procedures generally, and Exhibit B does so in more detail. Exhibit C is a picture of my lower spine taken after the surgeries.

6. During the time since my surgeries, my ability to communicate with my counsel (or anyone else) has been significantly limited due to my pain levels, the effects of the medications prescribed to control it, and my restricted ability to travel. My inability to drive has prevented me from traveling from my home in Westerly to meet with my counsel at their office in Providence.

7. I am currently taking Oxycodone, a narcotic painkiller similar to morphine, for treatment of my pain. The side effects of the drug include nausea, vomiting, constipation, lightheadedness, dizziness, drowsiness, flushing, vision changes, and mental and mood changes. Although the medication helps, the pain remains severe enough to interfere significantly with my ability to participate and assist in this litigation.

8. The combined effect of the pain and the medication I take to control it is such that I am presently unable to concentrate or think clearly for any sustained period of time of more than an hour or two at a time. On some days it is impossible for me to do so for even that short a period.

9. I am currently able to participate in limited activities for approximately two hours at a time before my pain level increases to a point that I must lie down. Except when I am in bed, I am required to wear a brace that extends from my waist to my chest. The brace supports my back in a position intended to promote proper healing of the vertebrae affected by the operations. I am not supposed to sit without using it. To this point, however, it has been very difficult to use the brace because it presses on the surgical incisions on my back and my abdomen, which have not yet fully healed.

10. Since my surgeries I have been required to participate in aftercare and rehabilitation programs. These consume most of my time, and require my full attention if I am to obtain the intended benefits from the surgery. For example, Dr. Rand has just recently cleared me to take short walks and to swim as able. I am supposed to gradually increase the amount of time I spend doing so over the coming months.

11. Based on the extent of my recovery since the operation, I am hopeful that my pain levels and the consequent need for medication will decrease over the next few months, and that I will be able to resume my participation in this litigation. My current condition as described above makes it impossible for me to do so today.

Charles Mauti

Subscribed and sworn before me this 3d day of May, 2007.

Notary Public
My commission expires: