**Exhibit C**




charles M. Manti