RHODE ISLAND DISTRICT COURT
DISTRICT OF RHODE ISLAND

CHARLES MAUTI :
:
v. : C.A. No. 06-61T
:
LAUREN MATARESE, et al. :

**ORDER**

Before me for determination are Defendants' Motions to Compel Production of Documents (Document No. 54) and to Compel More Responsive Answers to Interrogatories (Document No. 55). Plaintiff objects to both Motions. (Document No. 57). A hearing was held on May 4, 2007 and, as summarized below, Defendants' Motions were granted in part and denied in part by me for the reasons stated at the hearing.

**A. Production of Documents**

- **No. 1:** Denied as moot in view of Plaintiff's supplemental production of medical records.
- **No. 11:** Granted. Plaintiff's counsel shall copy the responsive documents and forward them to Defendants' counsel with an invoice for the reasonable copying costs. Defendants' counsel shall promptly forward payment for the invoice.
- **No. 13:** Granted.
- **No. 14:** Denied.
- **No. 17:** Granted.

**B. Interrogatories**

- **No. 2:** Denied. Plaintiff asserts that the information is contained in the supplemental medical records production. See Fed. R. Civ. P. 33(d).
- **No. 12:** Granted.
- **No. 14:** Granted.

**C. Conclusion**

Defendants' Motions to Compel (Document Nos. 54 and 55) are granted in part and denied in part as noted above. Plaintiff shall respond as required by this Order within twenty days. See LR Cv 37(b).

/s/ Lincoln D. Almond
LINCOLN D. ALMOND
United States District Court
May 4, 2007