UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CHARLES MAUTI | : | |
| | : | |
| v. | : | C.A. No. 06-61T |
| | : | |
| LAUREN MATARESE, et al. | : | |

**ORDER**

Before me for determination is Plaintiff's Motion for Protective Order to Prevent Taking of his Deposition Noticed for May 7, 2007. (Document No. 58). Plaintiff also seeks to extend the discovery closure deadline to September 1, 2007 and to extend the Pretrial Order deadlines accordingly. The extension request was not referred to me and will be considered by Judge Torres.

Plaintiff is recovering from two spinal fusion surgeries performed on January 26, 2007 and February 13, 2007. He asserts that he is physically unable to participate in a deposition at this time due to post-surgery pain and medical restrictions. He is also taking narcotic pain medication which restricts his ability "to concentrate or think clearly." Pl.'s Affidavit, ¶ 8. Defendants do not dispute Plaintiff's medical condition or object to his request to again delay his deposition. Defendants' counsel did, however, accurately indicate that Plaintiff's request puts him between a rock and a hard place given the upcoming deadlines in this case. It appears that Defendants' counsel has been diligent in his attempts to conduct Plaintiff's deposition.

As stated at today's hearing, I find that Plaintiff's current medical condition constitutes "good cause" under Fed. R. Civ. P. 26(c) for a protective order excusing him from his May 7, 2007 deposition. Thus, Plaintiff's Motion for Protective Order is GRANTED. However, although the general issue of scheduling is not before me, it is directly related to the issue of a protective order.

In view of the potential prejudice to Defendants by my granting this protective order, I recommend that Judge Torres also grant Plaintiff's Motion to Extend Discovery and Pretrial Deadlines in order to balance Plaintiff's recovery with Defendants' right to conduct his deposition.

/s/ Lincoln D. Almond
LINCOLN D. ALMOND
United States Magistrate Judge
May 4, 2007