MJC:mes 6615/8 \pleading\66158extendresponse.wpd

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CHARLES MAUTI | : | |
| | : | |
| VS. | : | C.A. NO. 06-61T |
| | : | |
| LAUREN MATARESE, ET AL | : | |

**DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION TO EXTEND DISCOVERY CLOSURE DATE**

The plaintiff correctly states that the defendants do not object to his motion to extend the discovery closure date. Indeed the defendants join therein and urge this Court to grant the same. In support hereof, your defendants have attached a memorandum of law.

DEFENDANTS,
By their Attorney,

/s/ Michael J. Colucci
Michael J. Colucci, Esq. #3302
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

**CERTIFICATION**

I certify that I sent a true copy of the within on to:

John P. Gyorgy, Esq.
John R. Harrington, Esq.
Noel & Gyorgy
50 South Main Street
Providence, RI 02903

/s/ Michael J. Colucci

MJC:mes 6615/8

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CHARLES MAUTI | : | |
| | : | |
| VS. | : | C.A. NO. 06-61T |
| | : | |
| LAUREN MATARESE, ET AL | : | |

**MEMORANDUM IN SUPPORT OF DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION TO EXTEND DISCOVERY CLOSURE DATE**

Although the defendants' motion for summary judgment remains pending, because it has not yet been decided, the defense was compelled to engage in further discovery in the recent past, mindful of the closure date. However, the defense has not yet been able to take the plaintiff's deposition, as he has been disabled from attending the same since late January (when the defense first sought to take his deposition). He was previously granted a protective order because of his incapacity. On this date, May 4, 2007, the plaintiff was granted another protective order, precluding the defense from deposing him the following week and, based on the evidence submitted in support thereof, for the immediate future. While the defense has been able to complete its desired discovery which is not dependent on the plaintiffs deposition, it is critical to be able to depose the plaintiff prior to trial and still have some limited time to follow up on what new discovery matters might be necessitated thereby.

DEFENDANTS,
By theirAttorney,

/s/ Michael J. Colucci
Michael J. Colucci, Esq. #3302
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

**CERTIFICATION**

I certify that I sent a true copy of the within on 5/4/07 to:

John P. Gyorgy, Esq.
John R. Harrington, Esq.
Noel & Gyorgy
50 South Main Street
Providence, RI 02903

/s/ Michael J. Colucci