MJC:ljc 6615/8 \pleading\66158MFExtension

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CHARLES MAUTI | : | |
| | : | |
| VS. | : | C.A. NO. 06-61T |
| | : | |
| LAUREN MATARESE, ET AL | : | |

**DEFENDANTS' MOTION FOR EXTENSION**

Now come the defendants and move for an extension of ten (10) days to comply with pre-trial filing requirements as outlined in this Court's pre-trial Order of April 20, 2007. Said Order currently requires a pre-trial memorandum to be filed by May 22, 2007, with jury instructions to be filed by June 1, 2007. Defense counsel is court excused between May 14 and May 24, 2007, and will be out of state on family vacation during said period. In support hereof, your defendants have attached a memorandum of law.

DEFENDANTS,
By their Attorney,

/s/ Michael J. Colucci
Michael J. Colucci, Esq. #3302
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

**CERTIFICATION**

I certify that I sent a true copy of the within on to:

John P. Gyorgy, Esq.
50 South Main Street
Providence, RI 02903

/s/

MJC:ljc 6615/8 \pleading\66158Memorandum

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CHARLES MAUTI | : | |
| | : | |
| VS. | : | C.A. NO. 06-61T |
| | : | |
| LAUREN MATARESE, ET AL | : | |

**DEFENDANTS' MEMORANDUM IN SUPPORT OF ITS MOTION FOR EXTENSION**

The current pre-trial Order governing these proceedings requires a pre-trial memorandum to be filed by May 22, 2007, and jury instructions to be filed by June 1, 2007. Also pending before this Court is an unopposed motion by the plaintiff to continue the discovery closure date and all related pre-trial filings to September, 2007 ("continuance request"). Said motion is based on an underlying medical condition which is not yet resolved. Should this Court grant said continuance request, then this extension request by the defendants would necessarily become moot.

However, as of the filing of the within motion, a decision on the continuance request has not yet been rendered. Defense counsel is court excused as of May 14, 2007 (Monday), and will be out of state on family vacation, and unable to respond to matters which may or may not flow from the Court's decision on the continuance request, should that decision be issued during said excusal period which ends on May 24, 2007. Due to the press of business, defense counsel has not been able to prepare a pre-trial memorandum to date and therefore, out of the abundance of caution, defendants are requesting an additional ten (10) days (through June 1, 2007) to complete their pre-trial memorandum, with corresponding jury instructions to be filed by June 11, 2007.

DEFENDANTS,
By their Attorney,

/s/ Michael J. Colucci
Michael J. Colucci, Esq. #3302
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

**CERTIFICATION**

I certify that I sent a true copy of the within on to:

John P. Gyorgy, Esq.
50 South Main Street
Providence, RI 02903

/s/