UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

CHARLES MAUTI,

v. CA NO. 06-61T

LAUREN MATARESE, *ET AL.*

**CORRECTED EXHIBIT G TO PLAINTIFF'S MEMORANDUM IN SUPPORT OF OBJECTION TO MOTION FOR SUMMARY JUDGMENT**

Attached to this document is a corrected copy of Exhibit G to Plaintiff's Memorandum in Support of Objection to Motion for Summary Judgment which was originally filed with the Court on January 19, 2007. Page number 105 of Defendant Frank Brancato's deposition was inadvertently left out of Exhibit G.

Charles Mauti
By his Attorneys,

/s/ John R. Harrington 7173
John P. Gyorgy 3560
NOEL & GYORGY LLP
50 South Main Street
Providence RI 02903
(401) 272-7400
(401) 621-5688 (Fax)

CERTIFICATION

I certify that on July 11, 2007, I sent a copy of the foregoing document to the following counsel of record by electronic noticing through the Court's ECF system:

Michael J. Collucci, Esq.
Olenn & Penza
530 Greenwich Avenue
Warwick RI 02886

/s/ John R. Harrington