AO88 (Rev. 1/94) Subpoena in a Civil Case

**Issued by the**

# UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

Charles Mauti

V.

Lauren Matarese, et al.

**SUBPOENA IN A CIVIL CASE**

Case Number:[1] 06-61T

TO: Keeper of Records Town of Westerly Department of Public Works

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☒ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| Noel & Gyorgy LLP, 50 So. Main St., 3rd Floor, Providence, RI | 8/21/07 at 1:30 p.m. |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

See attached Schedule A.

| PLACE | DATE AND TIME |
|---|---|
| Noel & Gyorgy LLP, 50 So. Main St., 3rd Floor, Providence, RI | 8/21/07 at 1:30 p.m. |

__ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| [signature] | 8/1/07 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
John R. Harrington, Esq., 50 So. Main St., Providence, RI 02903 (401) 272-7400

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

AO88 (Rev. 1/94) Subpoena in a Civil Case

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| SERVED | 8-6-07 9:30AM | WESTERLY TOWN HALL |

SERVED ON (PRINT NAME): JOSEPH T. TURO (TOWN MANAGER)

MANNER OF SERVICE: IN PERSON

SERVED BY (PRINT NAME): STEPHEN DEPERRY JR.

TITLE: CONSTABLE #6094

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on 8-6-07
DATE

STEPHEN DEPERRY JR.
5 HIGH MEADOW DRIVE
WESTERLY, R.I. 02891
STATE OF RHODE ISLAND
COURT CONSTABLE #6094

Stephen DePerry Jr.
SIGNATURE OF SERVER

5 HIGH MEADOW DRIVE
ADDRESS OF SERVER

WESTERLY, RI 02891

Schedule A

1. Any documents evidencing the obtaining of gasoline by Westerly Police Department personnel from the town garage in May, 2005, including any monthly reports of the "gasboy" system.
2. Any documents reflecting the use of the gas pumps at the "town garage" to put gas in Westerly Police Department cruiser #702 during May, 2005.
3. Documents sufficient to identify all contractors and subcontractors working on the construction project on Grove Avenue in May of 2005.
4. All documents sufficient to identify any Westerly Department of Public Works personnel on site at the construction project on Grove Avenue at any time during May of 2005.