UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

September 7th, 2007

Clerk of the Court
United States Court of Appeals
One Courthouse Way, Suite 2235
Boston, MA 02210

RE: ***Mauti v. Matarese***
***USDC #: CV06-61T***

Dear Clerk:

Enclosed herewith you will find a supplemental on appeal in the above entitled case.

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David DiMarzio
Clerk of Court

BY: Ryan H. Jackson

Ryan H. Jackson
DEPUTY CLERK

encl.: Receipt for Appeals Fees, Cert. Copy of the Docket