UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

August 21, 2007

Clerk of the Court
United States Court of Appeals
One Courthouse Way, Suite 2235
Boston, MA 02210

RE: *CA06-61T Mauti v. Matarese, et al.*

Dear Clerk:

Enclosed you will find the Appeal Cover Sheet and a certified copy of the docket entries for the above entitled matter.

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David DiMarzio
Clerk of Court

BY: [signature]
Ryan H. Jackson
DEPUTY CLERK

encl.: Appeal Cover Sheet, Certificate of Clerk, Notice of Appeal, Documents related to appeal and Cert. Copy of the Docket

COA # 07-2296