MJC:jmr:lml 6615/8 \pleading\66158DisStip

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CHARLES MAUTI | : | |
| | : | |
| VS. | : | C.A. NO. 06-61T |
| | : | |
| LAUREN MATARESE, ET AL | : | |

**DISMISSAL STIPULATION**

Plaintiff's claims are dismissed with prejudice, no interest, no costs, no attorneys' fees.

/s/John P. Gyorgy, Esq. #3560
**Attorney for Plaintiff**
50 South Main Street
Providence, RI 02903
PHONE: (401) 272-7400
FAX: (401) 621-5688

/s/Michael J. Colucci, Esq. #3302
**Attorney for Defendants**
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

DATED:____________________