CA: 06-61 J. Torres

MANDATE

# United States Court of Appeals
## For the First Circuit

No. 07-2296

CHARLES MAUTI,

Plaintiff - Appellee,

v.

LAUREN MATARESE; FRANK BRANCATO; EDWARD MELLO, in his capacity as Chief of Police for the Town of Westerly; ETSUKO MOTOKI ZUCZEK, in her capacity as Finance Director for the Town of Westerly,

Defendants - Appellants,

JOHN DOE 1 THROUGH JOHN DOE 5; JANE DOE 1 THROUGH JANE DOE 5,

Defendants.

**JUDGMENT**

Entered: November 6, 2007
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of the parties' stipulation, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b).

Mandate to issue forthwith.

**Certified and Issued as Mandate under Fed. R. App. P. 41.**

**Richard Cushing Donovan, Clerk**

**Deputy Clerk**

**Date: NOV 06 2007**

By the Court:

Richard Cushing Donovan, Clerk

By: ERIC H. DEININGER
Appeals Attorney.

[cc: Mr. Colucci, Mr. Gyorgy and Mr. Harrington]